**Exhibits in Support of Defendant's Motion for Summary Disposition**

| Ex. | Description |
| --- | --- |
| 1 | Aquinas Mission and Vision |
| 2 | Accessibility Services Mission Statement |
| 3 | Aquinas Application |
| 4 | Defendant's Response to Plaintiff's First Interrogatories |
| 5 | Summary of Applicant Disclosures |
| 6 | Bruneau Application |
| 7 | Bruneau Deposition Excerpts |
| 8 | Final Transcript |
| 9 | 5/16/89 Final Grade Report |
| 10 | 10/10/89 Letter |
| 11 | 1989 Course Catalogue Excerpts |
| 12 | 3/4/89 Extension of Incomplete Grade Request |
| 13 | 4/12/89 Grade Change Report |
| 14 | 1/22/90 Letter to Professors |
| 15 | Plaintiff's Interrogatory Response No. 12 |
| 16 | Spring 1990 Class Listing |
| 17 | 5/24/90 Final Grade Report |
| 18 | 3/11/91 Grade Change Report |
| 19 | Campus Safety Report |
| 20 | 9/6/90 Letter |
| 21 | 9/17/90 Reinstatement Communications |
| 22 | Incident Reports (9/25/90-9/26/90) |
| 23 | 9/26/90 Campus Safety Report |
| 24 | 9/26/90 Letter |
| 25 | Notation regarding 0% Tuition Charge |
| 26 | 8/26/93 Letter Resolution Agreement |
| 27 | 1/6/94 Letter |
| 28 | 1/7/94 Dr. Boyd Letter |
| 29 | Incident Report re 2/10/16 |
| 30 | 2/11/16 Notice of Trespass |
| 31 | Plaintiff Letters re No Trespass Order |
| 32 | Aquinas Response Letters re Notice of Trespass Order |
| 33 | Newspaper Articles |
| 34 | Criminal Record Reports |
| 35 | Medical Record Excerpts |
| 36 | Unpublished Cases:<br>a. *Stancial v. Donahoe*, 570 Fed. Appx. 578 (6th Cir. 2014)<br>b. *Wurzel v. Whirlpool Corp.,* 482 Fed. Appx. 1 (2012) |