# EXHIBIT 1

# AQUINAS COLLEGE

Q ≡

[ Search ]

# AQUINAS COLLEGE

Discover AQ    Admissions    Academics    Athletics    Life at AQ    Resources    Alumni
• Elm
- Visit
- Contact
- Apply
- Give

Updates from Aquinas College about COVID-19 are at **aquinas.edu/coronavirus**.  Updates on our plan for Fall 2020 are at **aquinas.edu/saintstogether**.

## Our Mission & Vision

1. Home ›
2. Discover AQ ›
3. Our Mission & Vision

### Mission Statement



Aquinas College, an inclusive educational community rooted in the Catholic and Dominican tradition, provides a liberal arts education with a global perspective, emphasizes career preparation focused on leadership and service to others, and fosters a commitment to lifelong learning dedicated to the pursuit of truth and the common good.

### Vision for Aquinas

Aquinas College will be regarded among the **premier Catholic colleges** in the Midwest, recognized for its **excellence** in **preparing the whole person** to lead a life of **purpose** and success in service to a just and sustainable world.

---

## Our Diversity and Integrity Statements

**Diversity** - Aquinas College is committed to equality. This statement of the College speaks to this commitment, as do our history and heritage. We believe that diversity is a blessing, which brings a richness of perspectives to our intellectual, cultural, social, and spiritual life. All members of our community - faculty, staff, students - will demonstrate respect for each other regardless of our differences. All of us will be sensitive in our actions, words, and deeds. We will demonstrate these sensitivities in our classrooms, curricula, offices, meeting places, and living environments. We will maintain the diversity of our Board of Trustees, faculty, student body, and staff and appreciate the different gifts each brings to this community regardless of age, gender, race, ethnicity, religion, or disability.

**Non-discrimination Policy**
It is the policy of Aquinas College that no person on the basis of race, color, religion, ethnic origin, age, sex, sexual orientation, marital status, or disability shall be discriminated against, excluded from participation or employment in, or be

Case 1:19-cv-01037-PLM-RSK   ECF No. 50-2, PageID.292   Filed 11/19/20   Page 3 of 3

otherwise subjected to discrimination under any program or activity for which Aquinas College is responsible.

**Integrity** - Aquinas College is rooted in the Dominican traditions of prayer, study, community and service, combined with a deep respect for truth, honesty and integrity. In this spirit, we strive to create an environment in which integrity is prized and practiced. We expect all community members to uphold these values through honesty, fairness, and respect for others.

## Our Commitment to Sustainability and Economicology

Peter Wege's principles of Economicology are intertwined with the mission and vision of Aquinas College. Creating a balance between our ecology and the economy is necessary to create a just and sustainable world for the common good. Aquinas College seeks to apply these core principles in a living lab setting, developing students who are agents of change and setting a global standard of lasting educational change.

## Our Heritage

Founded by the Dominican Sisters of Grand Rapids in 1886, Aquinas has a Catholic heritage in the Dominican tradition of working and serving as outlined in the Dominican Charisms. It is lived out by Aquinas students who volunteer their time and talents in the Grand Rapids community and by those who travel to places such as Oaxaca, Mexico; Appalachia, Kentucky; or any of several other service-learning locations. To learn more about the history of Aquinas College, check out our Heritage & Traditions website.

## Our Namesake

The College is named for St. Thomas Aquinas, a 13th century Dominican scholar and teacher considered to be one of the most brilliant minds of his time and one of the most influential thinkers in the history of the Catholic church. St. Thomas stressed the importance of having an open mind and open heart and continuously learning from our life experiences. Throughout the years, the Aquinas community has continued to foster a learning environment centered on these principles.

## Our Programs

The Dominican History within the context of Higher Education dates to the 13th century. Curricula innovation is a hallmark of Aquinas. That educational heritage continues at Aquinas each year as approximately 2,000 students register for classes in both its undergraduate and graduate programs, which encompass 61 majors including a signature program in Sustainable Business.

## Our Accreditation and Governance

Accredited by the Higher Learning Commission since 1946.

Aquinas College is governed by its Board of Trustees in conjunction with the President's Office. Kevin Quinn, Ph.D., began his service as the eighth president of Aquinas College in the summer of 2017.

## Discover AQ

- A Private Liberal Arts Education
- Accolades & Outcomes
- About Grand Rapids
- Aquinas Magazine
- Aquinas Students
- Board of Trustees
- College Policies