# EXHIBIT 2

# AQUINAS COLLEGE

[Search]

# AQUINAS COLLEGE

Discover AQ   Admissions   Academics   Athletics   Life at AQ   Resources   Alumni   Elm

- Visit
- Contact
- Apply
- Give

Updates from Aquinas College about COVID-19 are at **aquinas.edu/coronavirus**. Updates on our plan for Fall 2020 are at **aquinas.edu/saintstogether**.

Accessibility Services at Aquinas College



## Accessibility Services

1. Home ›
2. Resources ›
3. Student Resources ›
4. Student Success ›
5. Center for Opportunities, Resources, and Excellence ›
6. Accessibility Services

## Important Update:

In the interest of keeping our students and staff healthy in response to COVID-19 as the college transitions to distance learning, Accessibility Services is setting and holding all appointments virtually. Our on campus testing center will remain closed for the remainder of the summer. Resources for those seeking assistance with creating digitally accessible content can be found below.

If there are questions or concerns related to Accessibility from either students or faculty please contact dsservices@aquinas.edu.

## Mission

The Mission of Accessibility Services, in concert with the Aquinas College Mission, is to ensure equal access to all programs and services for students with disabilities through a multilevel approach. We support our students in the practice and development of self-advocacy skills as they pursue their goals in education and beyond, and through intercampus partnerships, promote the development and improvement of inclusive practices.



### Prospective Students

- Receiving Accommodations in College FAQs
- Accommodations in College Vs. Accommodations in High School
- When to Contact Accessibility Services
- Registering with Accessibility Services



### Current Students

- FAQs for Receiving Accommodations in College
- Registering with Accessibility Services
- Notifying Faculty of Approved Accommodation Letter
- Implementing Testing Accommodations
- Implementing Note-Taking Accommodations
- Reporting an Access Barrier
- Accessibility Grievance Procedure
- Service and Assistance Animal Policy
- Confidentiality and Student Records