# EXHIBIT 3

# AQUINAS COLLEGE

Grand Rapids, Michigan
*aquinas.edu*

# Application for Admission

(No Fee Required)

Submit a free online application at: *aquinas.edu/undergraduate*

**Mission Statement**

Aquinas College, an inclusive educational community rooted in the Catholic Dominican tradition, provides a liberal arts education with a global perspective, emphasizes career preparation focused on leadership and service to others, and fosters a commitment to lifelong learning dedicated to the pursuit of truth and the common good.

## Academic Interest

- Accounting
  - Professional Accountancy
  - Art Education **
  - Ceramics
  - Drawing
  - History
  - New Genre
  - Painting
  - Photography
  - Printmaking
  - Sculpture
  - Studio Art
- **Athletic Training**
- **Biology**
- **Business Administration**
  - Human Resources *
  - Marketing Management *
- **Business Administration/Accounting**
- **Business Administration/Art**
- **Business Administration/Chemistry**
- **Business Administration/Communication**
- **Business Administration/Music**
- **Business Admin./Sport Management**
- **Business Administration /Theatre**
- **Chemical Physics**
- **Chemistry**
- Communication
  - Communication/Theatre
  - Organizational Communication
- **Community Leadership**
- **Computer Information Systems**
  - Analyst *
  - Computer Science Teacher Certification **
  - Management Information Systems
  - Networking *
  - Web Design *
- **Economics**
- **Education**
  - Bilingual Education Spanish **
  - Conductive Education **
  - Early Childhood Education **
  - Elementary Teaching **
  - English as a Second Language **
  - Integrated Science **
  - Language Arts **
  - Learning Disabilities **
  - POHI **
  - Reading **
  - Secondary Teaching **
  - Social Studies **
  - Speech **
- **English**
  - Literature *
- Writing *
- **Environmental Science**
- **Environmental Studies**
- French
- Geography
- German
- History
  - Catholic Studies *
- **International Business**
- **International Studies**
- Japanese *
- Journalism/Publications *
- Kinesiology
  - Athletic Coaching
  - Exercise Science
  - Recreation
  - Teacher Training **
- **Mathematics**
  - Mathematics/Computer Science *
- Music
  - Applied Music
  - Choral Supervision
  - Instrumental Performance
  - Instrumental Supervision
  - Jazz
  - Liturgical Music *
  - Music Education **
- Voice
- **Nursing**
- **Philosophy**
- **Physics** *
- **Political Science**
- **Pre-Engineering** *
- **Pre-Health**
  - Pre-Dental
  - Pre-Med
  - Pre-Occupational Therapy
  - Pre-Physical Therapy
  - Pre-Veterinary
- **Pre-Law**
- **Psychology**
  - Human Development Psychology *
  - Industrial/Organizational Psychology *
- **Social Science**
- **Sociology**
- **Spanish**
- **Sustainable Business**
- **Theatre**
- **Theology**
  - Youth Ministry **
- **Urban Studies** *
- **Women's Studies** *

First Preference _____ Second Preference _____

\* Concentration or Minor
\*\* Certification and/or Endorsement

## Academic Background

Name of High School _____ Date of High School Graduation _____

Address _____ City _____ State _____ Zip _____

While in high school, have you earned credit for: ❏ AP  ❏ IB  ❏ CLEP  ❏ College Courses  ❏ Other_____

Have you attended any other high school? ❏ Yes, (name) _____ (dates) _____ ❏ No

Date ACT/SAT was/will be taken: ACT _____ SAT _____ (Critical Reasoning _____ Math _____)
Scores sent to Aquinas?  ❏ Yes  ❏ No
Do you plan to retake?  ❏ Yes  ❏ No  When? _____

### Transfer Students Only
Record the names of all colleges where you have registered, regardless of whether you received academic credit (most recent college first).
Have all official transcripts sent immediately. Wait until the end of the current term ONLY if you are a first semester freshman at your institution.

| College or University | City/State | Degree Attained/Date Attended | Currently Enrolled |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### Special Circumstances
Would you like to provide us with any additional information which you believe may be helpful in evaluating your application for admission (for example: personal situations, illness, special needs, etc.)? **If yes, please enclose a statement with this document.**
Do you have any learning or physical disabilities that you would like us to be aware of?  ❏ Yes  ❏ No

If yes, please explain (attach written statement if necessary) _____

### Disciplinary Information
From grade nine to the present time, have you ever been placed on academic probation or dismissed from any institution?

❏ Yes  ❏ No  If yes, which institution(s)? _____
Are you now eligible to return to the institution you last attended?  ❏ Yes  ❏ No
Have you ever been convicted of a criminal offense other than a minor traffic violation?  ❏ Yes  ❏ No
Are there criminal charges pending against you at this time?  ❏ Yes  ❏ No
**If YES to any question, please attach a statement of explanation.**