# EXHIBIT 5

Response to Interrogatory 2

| Applicant | Have you ever been convicted of a felony or misdemeanor, other than minor traffic offenses? | Are there criminal charges pending against you at this time? | Please explain | Disposition |
|---|---|---|---|---|
| 1 | No | Yes | A friend left prescription medicine in my car and before I could return them to her, I was pulled over for speeding and they were found in my car. | Offered Admission |
| 1 (2) | No | Yes | A friend left prescription medicine in my car and before I could return them to her, I was pulled over for speeding and they were found in my car. | Offered Admission |
| 2 | No | Yes | Unspecified | No Decision Due to Incomplete Application File |
| 3 | Yes | No | Minor Possession of Marijuana, charges dropped. | Offered Admission |
| 4 | Yes | No | Misdemeanor for possession of marijuana | Offered Admission |
| 5 | Yes | No | Yes I got into some troupb in the beginning of the school year if my senior year but I tok care of it and on probation | Offered Admission |
| 6 | Yes | No | In 2011 I was charged with Possesion of Marijuana. I was caught at the wrong place at the wrong time. It was a few friends on a summer day in July where we got pulled over in my friends car and he had some marijuana. The four of us got charged with possesions because the driver did not say it was his. I do not associate with anyone that participates in such actions to this date. | Denied |
| 7 | Yes | No | I got a speeding ticket back in August of last year. I was running late for school. | No Decision Due to Incomplete Application File |
| 8 | Yes | No | Possession of Marijuana | Offered Admission |
| 9 | Yes | No | I made a bad decision driving while drinking and got pulled over and got an OWI | Offered Admission |
| 9(2) | Yes | No | I made a bad decision driving while drinking and got pulled over and got an OWI | Offered Admission |
| 11 | Yes | No | ==Assault and battery to the lowest degree. I haven't hurt or touched anyone. It was a confusing and tough situation== | No Decision Due to Incomplete Application File |
| 12 | Yes | No | Ticket for running light | Denied |
| 13 | Yes | No | I was arrested for shoplifting less than 50 dollars worth of merchandise when I was fourteen. | No Decision Due to Incomplete Application File |
| 13(2) | Yes | No | I was arrested for shoplifting less than 50 dollars worth of merchandise when I was fourteen. | No Decision Due to Incomplete Application File |

Confidential

| Applicant | Have you ever been convicted of a felony or misdemeanor, other than minor traffic offenses? | Are there criminal charges pending against you at this time? | Application Questions — Please explain | Disposition |
|---|---|---|---|---|
| 15 | No | Yes | Possession of Marijuana | No Decision Due to Incomplete Application File |
| 16 | Yes | No | I was charged with possesion of Marijuana in July 2016.  I was not attending Aquinas at the time. | Offered Admission |
| 17 | Yes | No | my ex boyfriend stole a car i was with him when he got stopped & i went to jail as well | No Decision Due to Incomplete Application File |
| 18 | Yes | No | Domestic Violence. I was involved in a very abusive relationship and was abused. The police where called and both parties were charged. Since then I have been actively working in the Medical Field for 20 years. I have several letters of recommendation from my current doctors that I work with. If needed. | Denied |
| 19 | | | Retail fraud as a teen | No Decision Due to Incomplete Application File |
| 20 | Yes | No | Underage drinking in April 2017 | No Decision Due to Incomplete Application File |
| 21 | Yes | No | my old adopted parents canceled my license without telling me and I got pulled over and was told I didn't have a license, so i was ops. | Additional Test Scores Requested |
| 22 | No | Yes | Complicated | No Decision Due to Incomplete Application File |
| 23 | Yes | No | DUI- July 2013. I would be more than happy to talk about what happened/how I've moved on with my life since then, learned my lesson, and have only continued to better myself and progress to a better successful future. | No Decision Due to Incomplete Application File |
| 24 | Yes | No | Petty Larceny | No Decision Due to Incomplete Application File |
| 25 | No | Yes | [none provided] | No Decision Due to Incomplete Application File |
| 26 | Yes | No | Public intoxication, I did community service. Only incident. | No Decision Due to Incomplete Application File |
| 27 | Yes | No | Had 5 grams of weed at high school i was cought with. | No Decision Due to Incomplete Application File |

| | Application Questions | | | |
|---|---|---|---|---|
| Applicant | Have you ever been convicted of a felony or misdemeanor, other than minor traffic offenses? | Are there criminal charges pending against you at this time? | Please explain | Disposition |
| 28 | Yes | No | Misdemenaor: Telecommunications. Expunged January 2019 | Denied |
| 29 | Yes | No | In March of 2015 I plead guilty to a 3rd degree retail fraud charge for shoplifting $6 worth of merchandise from the Meijer in Ionia. I very much regret having this blemish on my record, but after finishing 6 months of probation and paying around $1500 in court fees, I was able to put this lapse of judgement behind me. | Offered Admission |
| 30 | Yes | No | MIP | Offered Admission |
| 31 | Yes | No | MIP | Offered Admission |
| 32 | No | Yes | Iam going to court for the use of Marijuana | Offered Admission |
| 33 | Yes | No | misoderly conduct in 2015 with an argument at my sister apartment that someone phone was broke | No Decision Due to Incomplete Application File |
| 34 | Yes | No | In 2014 I was convicted of a misdemeanor for operating a vehicle while visibly impaired. For the charge I paid costly fines. It was a mistake I terribly regret. I have been a responsible and upstanding citizen ever since. | No Decision Due to Incomplete Application File |
| 35 | Yes | No | ticket for underaged consumption of alcohol 2 mohths before I turned 21 | No Decision Due to Incomplete Application File |
| 36 | Yes | No | 2011 misdemeanor for creating a disturbance didn't have money for a lawyer thought it would be easier to just pay the fine now working to get expunged | No Decision Due to Incomplete Application File |

Confidential

Aquinas 000061