# EXHIBIT 6



AQUINAS COLLEGE
Grand Rapids, Michigan 49506

APPLICATION
FOR
ADMISSION



# AQUINAS COLLEGE
Grand Rapids, Michigan 49506

## APPLICATION FOR ADMISSION

Name __Bruneau__ __Joseph__ __Robert__ Social Security Number ▮▮▮▮▮
        *Last*        *First*        *Middle*

Mailing Address __3051 N. Hillsdale Rd.__ Telephone __(517) 439-5424__
       *(for all admissions correspondence)*                           *Area Code*

City __Hillsdale__ State __Mi.__ Zip __49242__ County or Province __Hillsdale__

Sex* __M__ Birth Date ▮▮▮▮▮ Marital Status* __single__ Religious Preference* __Agnostic__

Are you a U.S. Citizen? ☒ Yes ☐ No    If no, what country? _____ Residency Status: __U.S. citizen__

Name and Permanent Address of: ☒ Parents ☐ Spouse ☐ Guardian

Mr./Mrs. __Joseph T. Bruneau / Mary A. Bruneau__ Telephone __(517) 439-5424__
                                                                                *Area Code*

Address __3051 N. Hillsdale Rd.__ Is this also your permanent address? ☒ Yes ☐ No

City __Hillsdale__ State __Mi.__ Zip __49242__

### OFFICE USE ONLY

High School from which you graduated or are attending:

Name __Hillsdale High School__ City __Hillsdale__ State __Mi.__

High School Graduation Year __1987__ Have you attended any other high school? ☐ Yes _____ ☒ No
                                                                                         *Name(s)*

Have you applied for Admission to Aquinas previously? ☐ Yes ___ *Date* ___ ☒ No

When do you wish to enroll?   ☒ Fall 19 __87__    ☒ Full-Time    ☒ Primarily day classes
                                   ☐ Winter 19 _____    ☐ Part-Time    ☐ Primarily night classes
                                   ☐ Summer 19 _____

### CLASSIFICATION:

☒ Beginning Freshman
☐ Transfer with approximately _____ credits completed.

All unmarried Freshmen and Sophomores must live on campus unless residing with parents. Local students may live on campus.

### HOUSING PLANS:

☒ Aquinas Residence Hall    ☐ Off Campus    ☐ At Home

*Do you have a physical handicap which may require special services while on campus? ☐ Yes _____ ☒ No
Have you visited the Aquinas campus yet? ☐ No ☒ Yes; for: ☐ Campus Day ☒ Individual Appointment
Are you a veteran of military service? ☐ Yes _____ ☒ No

### FINANCIAL AID:

Have you or will you submit an application for financial aid? ☒ Yes ☐ No
(We prefer the FAF — see your counselor for a copy of the form or call our Financial Aid Office.)
Financial aid cannot be awarded until a positive admissions decision has been made.

NOTE: Students who apply for financial aid before February 15 receive priority consideration.

*You are not required to give us this information. It is used only in compiling institutional data, and is NOT a factor in admissions decisions.

4

How did you first learn of Aquinas College? What factors were important in influencing your decision to apply for admission to Aquinas?

I at first intended to earn a Bachelor of Fine Arts degree from Kendall School of Design, however, I recently decided to pursue the Aquinas/Kendall affiliated degree program. I chose Aquinas because of its campus setting and its emphasis on academics.

If you were referred to Aquinas by someone, please print their name here: J-Jay Pechta

☐ Friend ☐ Relative
☒ Teacher ☐ Counselor
☐ Other

## ACADEMIC BACKGROUND

| Name of High School | Date of H.S. Graduation |
|---|---|
| Hillsdale High School | |

| Address | Type of School: |
|---|---|
| 30 S. Norwood | ☒ Public ☐ Independent ☐ Parochial |

| City, State, Zip | While in High School, have you earned credit for: |
|---|---|
| Hillsdale, Mi. 49242 | ☐ Advanced Placement ☐ CLEP ☐ College Courses ☐ Other |

DATE SAT/ACT WAS/WILL BE TAKEN:

SAT _____ ACT 12 June 1986 Scores sent to Aquinas ☐ Yes ☒ No

**IMPORTANT**
I CERTIFY THAT ALL THE INFORMATION I HAVE PROVIDED ON THIS APPLICATION IS COMPLETE AND ACCURATE TO THE BEST OF MY KNOWLEDGE, AND IF ADMITTED I AGREE TO OBSERVE ALL THE RULES AND REGULATIONS OF AQUINAS COLLEGE.

Signature _Joe Drvnnav_ Date 27 Jan. 1987

### THIS PORTION MUST BE COMPLETED BY YOUR HIGH SCHOOL COUNSELOR OR PRINCIPAL IF YOU ARE STILL ATTENDING OR JUST GRADUATED FROM HIGH SCHOOL

The number of students in graduating class: 142
The numerical rank of the applicant in graduating class: 45
If numerical rank is unavailable, circle quarter rank 6 Ram.
(from top): 1 2 3 4
The applicant's grade average 2.865 of: Semester 6 ☐
Semester 7 ☒
Final ☐
CEEB High School Code Number 231960

☒ Recommend for Admission
☐ Recommend with reservation
(Attach explanatory remarks)
☐ Not recommended for Admission
☐ Please call regarding this student

Name _____
Telephone ( ) _____

IMPORTANT: Please arrange to send this student's final transcript to us when it becomes available. If test scores are not on the transcript, please report standard scores and date(s) taken in space below.

COUNSELOR COMMENTS: (Please sign below even if you do not comment here.)

Capable student

2/6/87    Betty A. Burt        (Signature)        ☒ Counselor ☐ Principal
(Date)    (Name - please print)

FOR OFFICE USE ONLY — Do Not write below this line.

| 1 | 8 |
|---|---|
| 2 | 9 |
| 3 | 10 |
| 4 | 11 |
| 5 | 12 |
| 6 | 13 |
| 7 | 14 |

2

Please indicate academic programs in which you have an interest:

- ☐ UNDECIDED
- ☐ Accounting
- ☐ Art Studio
- ☐ Drawing
- ☐ Painting
- ☐ Printmaking
- ☐ Sculpture
- ☐ Art Education
- ☐ Biology
- ☐ Business Administration
- ☐ Management
- ☐ Marketing
- ☐ International Business
- ☐ Finance
- ☐ Human Resource Management
- ☐ Advertising/Public Relations
- ☐ Entreprenurial Management †
- ☐ Chemistry
- ☐ Computer Information Systems
- ☐ Management Systems and Information Science †
- ☐ Math/Computer Science
- ☐ Economics
- ☐ Education
- ☐ Elementary Teaching
- ☐ Secondary Teaching
- ☐ Reading Specialist
- ☐ Bilingual Education — Spanish
- ☐ Math Science Education
- ☐ English/Communication Arts
- ☐ Environmental Studies
- ☐ French
- ☐ Furniture Design*
- ☐ Geography
- ☐ German
- ☐ Gerontology
- ☐ Graphic Design*
- ☐ History
- ☒ Illustration*
- ☐ Interior Design*
- ☐ International Studies
- ☐ Mathematics
- ☐ Medical Technology
- ☐ Music
- ☐ Music Education
- ☐ Music and Aging
- ☐ Music and Arts Management
- ☐ Organ, Piano, Voice, Jazz
- ☐ Theory/History
- ☐ Winds/Percussion
- ☐ Liturgical Music
- ☐ Philosophy
- ☐ Physical Education/Community Recreation
- ☐ Athletic Training
- ☐ Physics
- ☐ Political Science
- ☐ Pre-Dental
- ☐ Pre-Engineering
- ☐ Pre-Law
- ☐ Pre-Medical
- ☐ Psychology
- ☐ Religious Studies
- ☐ Social Science
- ☐ Sociology
- ☐ Spanish
- ☐ Urban Studies
- ☐ Woman's Studies

* Aquinas/Kendall School of Design Affiliate Program    † Available Fall 1986

If you checked more than one, please indicate: First Preference _____
Second Preference _____

If you feel your previous academic work may not accurately reflect your true potential as a student, please give us any additional information which you believe could help in evaluating your application for admission (e.g. family background, illness, special interests, etc.).

```
I feel that my previous academic work may not accurately
reflect my true potential as a student.  I believe that,
among other achievements, my ACT scores and seventh semes-
ter grades demonstrate that when motivated, I can and will
perform well.  I am sending this application under the pre-
sumption that Aquinas college will provide me with the mo-
tivation that I need to live up to my true potential as a
student.
```

## FOR TRANSFER STUDENTS ONLY

Record the names of all colleges where you have registered regardless of whether you received academic credit (most recent college first). Have all transcripts sent immediately. Wait until the end of the current term ONLY if you are a first semester freshman at your college.

| College or University | City/State | Degree Attained | Dates Attended | Currently Enrolled? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Have you ever been placed on probation, suspended or dismissed from any college or university? ☐ Yes ☐ No  If Yes explain:

_____

_____

Are you now eligible to return to the college you last attended? ☐ Yes ☐ No  If No, explain:

3

## EXTRA-CURRICULAR ACTIVITIES

Please describe those non-classroom activities in which you have participated the past four years. List all involvement such as service clubs, jobs, sports, music, drama, or community organizations, church groups, etc. Use an extra sheet of paper if necessary; this information is important for special scholarship consideration.

| √ | Organization or Activity<br>Please check those you plan to continue in college. | Dates of Participation | Special Recognition, Awards, or Offices Held |
|---|---|---|---|
|  | school newspaper reporter | 1982- | 4th place, feature story |
|  | school newspaper cartoonist | 1987 | 1st place (MIPA) |
|  |  |  | political cartoon (MIPA) |
|  | NOTE: |  | 2nd place political |
|  | MIPA (Michigan Inter- |  | cartoon (GLIPA) |
|  | scholastic Press |  |  |
|  | Association) |  |  |
|  | GLIPA (Great Lakes Interscholastic' Press) |  |  |

Hobbies or Special Interests: bicycling, bowling

Other Special Awards: art department student of the month (January, 1986)

Employer/Position/Hours per week: The Blossom Shop / store clerk, delivering, miscellaneous help/ 20 hours per week

**PLEASE NOTE THAT THE APPLICATION DEADLINE FOR THOSE WISHING TO BE CONSIDERED FOR SPECIAL SCHOLARSHIPS IS MARCH 1.**

## FAMILY INFORMATION (Not necessary for independent or married students)

| Father's Name | | College attended, if any |
|---|---|---|
| Joseph J. Bruneau | | |
| Occupation | Employer | Work Phone Number |
| blacksmith | self-employed | (517) 439-5424 |
| Mother's Name | | College attended, if any |
| Mary A. Bruneau (step-mother) | | |
| Occupation | Employer | Work Phone Number |
| receptionist | Essex Specialty Products | (517) 439-9303 |
| Guardian's Name | | College attended, if any. |
| Occupation | Employer | Work Phone Number |

Please give the names and year in school of your younger brothers or sisters.

Are you related to an alumnus of Aquinas College or a Grand Rapids Dominican Sister? If so, please list the name(s) and relationship. This information may also help you receive special scholarship consideration.

Please don't forget to complete the sections on the back page...

## APPLICATION INSTRUCTIONS

It is the policy of Aquinas College that no person shall be denied admission on the basis of race, color, religion, national origin or ancestry, age, sex, or marital status. The policy of non-discrimination shall also apply to otherwise qualified handicapped individuals.

### ALL APPLICANTS

1. Complete this application for admission. Please print or type.

2. Try to arrange a visit to our campus for either an individual appointment or a Campus Day Program.

3. Call the Admissions Office if you have any questions:

   (616) 459-8281 (Local) • (800) 541-5410 (in Michigan) • (800) 545-0055 (outside Michigan)

### HIGH SCHOOL STUDENTS APPLYING TO THE FRESHMAN CLASS

1. Give this completed application form and the $15.00 non-refundable application fee to your high school counselor. Request that your counselor send to Aquinas:

    a. your high school transcript through your junior year at minimum.

    b. your ACT (preferred) and/or your SAT scores.

    c. this application form with the counselor section completed.

    d. the application fee.

2. Please apply as early as possible in the academic year prior to your desired enrollment date.

### TRANSFER STUDENTS FROM OTHER COLLEGES AND UNIVERSITIES

1. Send this application form and your $15.00 non-refundable fee directly to the Admissions Office at Aquinas.

2. Contact the Registrar at your previous college(s) and request that a transcript be sent to the Admissions Office, Transfer Counselor, Aquinas College, Grand Rapids, MI 49506.

3. Have all transcripts sent immediately. Wait until the end of your current term only if you are a first semester freshman at your college.

### INFORMATION FOR ALL APPLICANTS

1. We will acknowledge our receipt of your application, and tell you if any other materials are necessary to complete your file.

2. Once your file is complete, the Aquinas College Admissions Committee will review your entire application and make a decision within two weeks.

3. You will be notified immediately of the Committee's decision.

4. Residence Hall room contracts, physical examination forms and other materials will be sent to all admitted students shortly thereafter. It is important for you to respond promptly.

5. Students are approved for admission on the basis of academic records. However, final approval is subject to receipt of a final transcript and health records. If you are unable to provide all required documentation prior to registration, you must notify the Office of Admissions.

6. A false statement or omission of pertinent information from the application will be considered cause for denial or retraction of admission.

NOTE: Final sections to complete are on the back page. ——▶