# EXHIBIT 8

# AQUINAS COLLEGE

1607 ROBINSON ROAD S.E.
GRAND RAPIDS, MICHIGAN 49506
PHONE: (616) 459-8281

## PERMANENT ACADEMIC RECORD

| PAGE | DATE PRINTED | STUDENT'S NAME | STUDENT I.D. |
|---|---|---|---|
| 1 | 09/04/91 | Bruneau, Joseph R. | 0024710 |
| | | DATE OF BIRTH | SEX |
| | | 08/15/69 | MALE |
| HIGH SCHOOL LAST ATTENDED | | HIGH SCHOOL LOCATION | DATE GRADUATED |
| Hillsdale High School | | Hillsdale, MI | 1987 |

### Fall Semester 1987
| Number | Title | Grade | Credits Attempted | Credits Earned | Points |
|---|---|---|---|---|---|
| AT 130 | BASIC DRAWING I | A | 3.0 | 3.0 | 12.0 |
| AT 145 | COLOR | A | 3.0 | 3.0 | 12.0 |
| SR 100 | USA TOMORROW | B | 3.0 | 3.0 | 9.0 |
| | TERM TOTALS GPA = 3.667 | | 9.0 | 9.0 | 33.0 |
| | CUM TOTALS GPA = 3.667 | | 9.0 | 9.0 | 33.0 |

### Fall Semester 1987 — KENDALL COLLEGE OF ART
| FN 111 | DESIGN I | A | 3.0 | 3.0 | 12.0 |
| FN 121 | LIFE DRAWING I | B | 3.0 | 3.0 | 9.0 |
| | TRNSFR.TTLS GPA = 3.500 | | 6.0 | 6.0 | 21.0 |
| | CUM TOTALS GPA = 3.600 | | 15.0 | 15.0 | 54.0 |

### Fall Semester 1988
| BS 202 | PRINCIPLES OF MARKETIN | C- | 3.0 | 3.0 | 5.1 |
| EH 105 | BASIC COMPOSITION | A | 3.0 | 3.0 | 12.0 |
| HE 146 | DIET, EXERCISE, STRESS | C+ | 3.0 | 3.0 | 6.9 |
| PG 100 | INTRODUCTORY PSYCHOLOG | B+ | 3.0 | 3.0 | 9.9 |
| PH 101 | INTRO TO PHIL THINKING | B- | 3.0 | 3.0 | 8.1 |
| SD 101 | PER DEV & CAREER FOCUS | CR | 1.0 | 1.0 | 0.0 |
| | TERM TOTALS GPA = 2.800 | | 16.0 | 16.0 | 42.0 |
| | CUM TOTALS GPA = 3.200 | | 31.0 | 31.0 | 96.0 |

### Spring Semester 1989
| EH 216 | INTRO TO FICTION | NC | 3.0 | 0.0 | 0.0 |
| PG 201 | SOCIAL PSYCHOLOGY | C- | 3.0 | 3.0 | 5.1 |
| | TERM TOTALS GPA = 1.233 | | 6.0 | 9.0 | 11.1 |
| | CUM TOTALS GPA = 2.746 | | 37.0 | 39.0 | 107.1 |

Joseph R. Bruneau
1114 Oakbrooke
Jackson, MI 49201

### Summer Session 1989
| EH 210A | FICTION WRITING WORKSH | D | 3.0 | 3.0 | 3.0 |
| | TERM TOTALS GPA = 1.000 | | 3.0 | 3.0 | 3.0 |
| | CUM TOTALS GPA = 2.621 | | 40.0 | 42.0 | 110.1 |

### Fall Semester 1989
| EH 214 | INTRODUCTION TO DRAMA | C- | 3.0 | 3.0 | 5.1 |
| EH 291 | INTRO TO JOURNALISM | B | 3.0 | 3.0 | 9.0 |
| PH 151 | LOGIC & ARGUMENT | C+ | 3.0 | 3.0 | 6.9 |
| PH 249 | PHILOSOPHY OF RELIGION | B | 3.0 | 3.0 | 9.0 |
| | TERM TOTALS GPA = 2.500 | | 12.0 | 12.0 | 30.0 |
| | CUM TOTALS GPA = 2.594 | | 52.0 | 54.0 | 140.1 |

### Spring Semester 1990
| BY 121 | NATURE STUDY | NC | 2.0 | 0.0 | 0.0 |
| HE 293B | CONDITIONING II | B | 2.0 | 2.0 | 6.0 |
| PH 231 | DIMENSIONS OF BEING HU | B+ | 3.0 | 3.0 | 9.9 |
| | TERM TOTALS GPA = 2.271 | | 5.0 | 7.0 | 15.9 |
| | CUM TOTALS GPA = 2.557 | | 57.0 | 61.0 | 156.0 |

### Fall Semester 1990
| | TERM TOTALS GPA = 0.000 | | 0.0 | 0.0 | 0.0 |
| | CUM TOTALS GPA = 2.557 | | 57.0 | 61.0 | 156.0 |

| AQUINAS TOTALS GPA = 2.455 | | 51.0 | 55.0 | 135.0 |
| AQUINAS + TRANSFER CR GPA = 2.557 | | 57.0 | 61.0 | 156.0 |

STUDENT IS IN GOOD STANDING AND IS ELIGIBLE TO RETURN UNLESS OTHERWISE STATED. THIS TRANSCRIPT IS NOT OFFICIAL UNLESS IT BEARS THE EMBOSSED SEAL OF COLLEGE.