# EXHIBIT 9

| STUDENT NAME | | SOCIAL SECURITY NO. | YEAR/PROGRAM/SEMESTER | | |
|---|---|---|---|---|---|
| BRUNEAU JOSEPH | | | 88 R 2 | | |
| COURSE NUMBER | COURSE TITLE | | CREDIT HOURS | GRADE | HONOR POINTS |
| BS 202 0335 | PRINCIPLES OF MARKETING | | 3.0 | C- | 5.1 |
| EH 105 0129 | BASIC COMPOSITION | | 3.0 | A | 12.0 |
| HE 148 0602 | DIET, EXERCISE, STRESS | | 3.0 | C+ | 6.9 |
| PG 100 0688 | INTRODUCTORY PSYCHOLOGY | | 3.0 | B+ | 9.9 |
| PH 101 0101 | INTRO TO PHIL THINKING | | 3.0 | P/O | |
| SD 101 0379 | PER DEV & CAREER FOCUS IN | | 1.0 | CR | |
| SEM HRS 15.0 | SEM GPA 2.26 | | 15.0 | | 33.90 |
| CUM HRS 22.0 | CUM GPA 3.18 | | 21.0 | | 66.90 |

CONTACT THE REGISTRAR'S OFFICE WITHIN 30 DAYS IF YOU FIND THIS REPORT IS INCORRECT.

**AQUINAS COLLEGE**
GRAND RAPIDS, MICHIGAN
FINAL GRADE REPORT

GRADING SYSTEM

A - Excellent        AU - Audit
B - Very Good        I - Incomplete
C - Satisfactory     W - Withdrew
CR - Credit, C or better. Hours and
  honor points excluded from GPA.
NC - No credit-Course goals not attained.

STUDENT NAME AND ADDRESS | DATE OF REPORT 12/27/88

BRUNEAU      JOSEPH    R
28 ARMSTRONG
HILLSDALE         MI    49242



| STUDENT NAME | | SOCIAL SECURITY NO. | YEAR/PROGRAM/SEMESTER | |
|---|---|---|---|---|
| BRUNEAU JOSEPH | | | 88  R  5 | |
| COURSE NUMBER | COURSE TITLE | CREDIT HOURS | GRADE | HONOR POINTS |
| EH 216 0208 | INTRODUCTION TO FICTION | 3.0 | I | |
| PG 201 0370 | SOCIAL PSYCHOLOGY | 3.0 | C- | 5.1 |
| PH 260 0626 | MINDS AND MACHINES | 3.0 | NC | |
| ST 151 4005 | STATISTICS | 3.0 | D | 0.0 |
| SY 101 0191 | INTRODUCTION TO SOCIOLOG. | 3.0 | C | 6.0 |

**AQUINAS COLLEGE**
GRAND RAPIDS, MICHIGAN
FINAL GRADE REPORT

GRADING SYSTEM

A - Excellent          AU - Audit
B - Very Good        I - Incomplete
C - Satisfactory     W - Withdrew
CR - Credit, C or better. Hours and honor points excluded from GPA.
NC - No credit-Course goals not attained.

STUDENT NAME AND ADDRESS | DATE OF REPORT 05/16/89

| SEM. HRS | 6.0 | SEM. GPA | 0.74 | 15.0 | 11.10 |
| CUM. HRS | 31.0 | CUM. GPA | 2.60 | 33.0 | 86.10 |

BRUNEAU   JOSEPH   R
1114 OAKBROOKE
JACKSON           MI   49201

CONTACT THE REGISTRAR'S OFFICE WITHIN 30 DAYS IF YOU FIND THIS REPORT IS INCORRECT.