# EXHIBIT 10

362-92 3/58

RECEIVED
OCT 10 1989
Adv.

Ms. Lois Kalman
Registrar

Joseph Bruneau
Hruby Hall 207
Ext. 6470

10 October 1989

Dear Ms. Kalman;

On the suggestion of Paul Nelson, Dean for Student Development, I am requesting to change the record of my registration for the winter semester of the 88/89 academic year (second semester of last year). During this time, I was fighting an illness that required hospitalization at mid-semester, and was from then on recovering and acclimating myself to my medications.

So, I am asking that, if possible, the courses Statistics (ST-151) and Minds and Machines (PH-260) be dropped from the record. For the same for-mentioned reasons, I also ask that I be taken off academic probation which I was placed because of the grades I received at that time. I am willing to discuss any of the reasons concerning my request in greater depth---at your request. Please keep me informed, and I thank you for your consideration.

Sincerely,

Joseph Bruneau

Joseph Bruneau