# EXHIBIT 11

# AQUINAS
## COLLEGE



## 1987-89 CATALOG

# ACADEMIC INFORMATION

**THE COLLEGE CALENDAR**
Most day classes follow the 16-week semester format with a mid-term break week. Most evening classes follow an accelerated eight-week quadmester format. Classes in the Directed Studies Program meet five times during the semester — usually on Saturdays. The summer sessions are composed of two 4-week Mini Sessions, two 8-week sessions, and a Directed Study Program session.

**REGISTRATION**
Prior to each semester, newly accepted students are sent registration materials. While you are urged to come to the campus for advising and registration on one of the scheduled advising dates, you may register by mail if an on-campus visit would create a hardship.

At these sessions, advisors will help you select those courses which best meet your educational and career goals. Transfer students who cannot come to campus for early registration may register by mail.

**DROP/ADD**
You may add a semester-long course during the first week of the semester. If you wish to add a quadmester course after the first class meeting of the quadmester you must have the approval of the instructor. You may withdraw from a course with no penalty up to the midpoint of the semester or quadmester. If you withdraw after that date, you receive a No Credit grade for the course.



## ACADEMIC PROGRESS, PROBATION AND DISMISSAL

Students are expected to make satisfactory academic progress throughout their college experience. *Satisfactory Academic Progress* is defined to mean that the student must earn a grade point average of 2.0 for each full-time semester (a semester in which the student has enrolled for 12 or more credit hours) or the *equivalent* of a full-time semester (two or more consecutive semesters during which the student has enrolled for a total of at least 12 hours.)

## PROBATION

If a student earns a grade point average of less than 2.0 for a full-time semester or its equivalent, the student will be placed on *probation*. A student may remove himself/herself from probationary status by earning a grade point average of 2.0 or more for the following full-time semester or its equivalent.

## DISMISSAL

If a student is on probation for two consecutive, full-time semesters or the equivalent, the student will be given a notice of dismissal. Dismissals from the College for academic or disciplinary reasons will be entered on the student's official transcript with date of action.

Aquinas offers a variety of services to assist the student in making satisfactory academic progress. The Academic Acheivement Center/Special Services Program and the Student Tutoring Service offer one-to-one assistance. Faculty members are willing to give special help to students having difficulty and the academic advisors are also available to assist students.

## RIGHT OF APPEAL

A student who receives a notice of dismissal has the right of appeal to the Review Board for Academic Dismissal. A student who is dismissed will be notified of the appeal procedure.

## TRANSCRIPTS

All transcripts of a student's record are official transcripts bearing the seal of the College. Transcript requests should be directed to the Registrar's Office. Transcripts are not issued until the student has made a written request and has made satisfactory arrangements with the Business Office in regard to payment of all College bills and fines. The charge for a transcript is $2. Additional copies made at the same time are $.50 each.

## HONORS

During the second semester of each year, a list of students who have attained First Honors for the two previous semesters (or the equivalent) is posted.

First Honors, known as the Dean's List are given to students who have a grade point average of 3.5 or better in a minimum of 12 hours of letter-grade credit per full-time semester (or its equivalent) for the previous two consecutive semesters (or the equivalent). The "equivalent" of a full-time semester is defined as two or more consecutive semesters during which the student has enrolled for a total of at least twelve hours of credit. Dean's List honors are noted on your permanent record and a formal letter of notification is sent to you.

Awards presented to seniors upon graduation are: *cum laude* to those who have maintained a 3.5 average throughout their college career; *magna cum laude* to those with a 3.7 average; and *summa cum laude* to those with a 3.9 average. These honors are posted on the student's permanent record, the diploma, and the commencement program.

## HONOR SOCIETIES

The following honor societies have chapters at Aquinas:

BETA BETA BETA, the Lambda Alpha Chapter of the National Biological Honor Society.

GAMMA THETA UPSILON, the Delta Pi Chapter of the International Honorary Geographical Society.

LAMBDA IOTA TAU, the Beta Chapter of the National Literary Honor Society.

PHI ALPHA THETA, the Theta Rho Chapter of the International Honor Society for History.

## STUDENT CONDUCT

In keeping with the objectives of Aquinas College, students are expected to observe standards of self-discipline in exercising their rights and implementing their responsibilities. Respect for one's own dignity and consideration for the dignity of others are the guidelines.

Since some students from time to time jeopardize their own welfare and that of the College community,

Aquinas College reserves the right to suspend or expel at any time, for stated cause and following due process, any student whose conduct is not in accordance with the ideals and standards of the College, **and whose presence is considered detrimental to the general welfare.**

**The details of the Student Conduct Code,** the College Judicial System and the guidelines for residence hall life are published in the Student Handbook. All students are responsible for knowing and abiding by the Code and other published policies and regulations.

### EMERGENCY SITUATIONS

In emergencies where the chief student personnel officer judges there to be imminent danger or serious harm to persons or to property, or serious violation of City, State or Federal laws, the chief student personnel officer may summarily suspend or expel a student.

The student shall have the right to appeal the action of the chief student personnel officer to the President. An appeal in these situations must be delivered in writing to the President's Office within seven (7) days of the chief student personnel officer's decision. If the appeal is not made within the allotted seven (7) days, the right of appeal is no longer available. The decision of the President is final.