# EXHIBIT 12



TO: Cindy Talbert
From: Michael Denty
RECEIVED MAR 15 1989
RE: Extension of I grade for Joseph Bruneau

3/14/89  #1014
1024
1031

Please grant Mr. Bruneau a 5 week extension on his I grade in Ph. 101

Thanks.
Michael W. Denty