# EXHIBIT 13

AQUINAS COLLEGE GRADE CHANGE REPORT         NO.

STUDENT'S NAME   JOSEPH BRUNEAU                         DATE 4/26/89
SS NO. [redacted]                    ACADEMIC YEAR OF 19 88 - 19 89   10120

REGISTRATION PERIOD            ☒ 1ST SEMESTER        ☐ 2ND SEMESTER
☐ SUMMER SESSION (INCL. MINI)  ☐ 1ST QUADMESTER      ☐ 3RD QUADMESTER
                               ☐ 2ND QUADMESTER      ☐ 4TH QUADMESTER
PLEASE INDICATE IF THIS COURSE WAS
☐ CONTINUING EDUCATION  ☒ REGULAR   ☐ DIRECTED STUDY   ☐ GRADUATE

PLEASE INDICATE REASON FOR CHANGE OF GRADE
☐ NAME OMITTED  ☒ INCOMPLETE GRADE  ☐ ERROR IN RECORDING  ☐ OTHER _____

Ph. 101                                      B-                   3
DEPARTMENT   COURSE NUMBER   SECTION NUMBER   NEW GRADE       CREDIT HOURS

Michael N. Denty                         4-26-89
INSTRUCTOR SIGNATURE              ENTERED ON COMPUTER   DATE   OPERATOR

NO. 170 REVISED 1/87   5M