# EXHIBIT 14

January 22, 1990

TO: Dr. Michael Denty
    Sr. Nancy Ann Flumerfelt
    Mr. Charles Frydrych
    Mr. Ernie Mousseau
    Mr. Gary Robertson

FROM: Paul Nelson

RE: Joe Bruneau

    Joe Bruneau asked me to tell you that he has been temporarily hospitalized.  He hopes to return to Aquinas as soon as he is able.  He may wish to contact you regarding missed work while he is hospitalized.

dw