# EXHIBIT 15

12. For any time periods you were admitted to a hospital, psychiatric or mental health treatment facility for inpatient treatment or observation, between January 1990 and the present, identify the dates for which you were admitted, the name and location of the facility, and the reason you were admitted.

**RESPONSE**:

| | |
|---|---|
| Feb. 1990 (1 month) | Coldwater Regional Mental Health Care Facility, Coldwater, MI; Psychosis |
| Fall 1990 (1 week) | Foote Hospital, Jackson, MI; Psychosis |
| Fall 1990 (10 days) | Bixby Hospital, Adrian, MI; Psychosis |
| Sept. 26, 1990 (3 months) | Coldwater Regional Mental Health Care Facility, Coldwater, MI; Psychosis |
| Summer 1991 (1 month) | Bixby Hospital, Adrian, MI; Psychosis |
| Spring 1992 (2 weeks) | Kent Oaks Hospital, Grand Rapids, MI; Psychosis |
| Summer 1992 (1 month) | Foote Hospital, Jackson, MI; Psychosis |
| Summer 1993 (1 month) | Kent Oaks Hospital, Grand Rapids, MI; Psychosis |
| Fall 1994 (2 weeks) | Kent Oaks Hospital, Grand Rapids, MI; Psychosis |
| April 22, 1996 (6 weeks) | Center for Forensic Psychiatry, Ypsilanti, MI; Evaluation |
| June 7, 1996 (2 months) | Kalamazoo Psychiatric Hospital, Kalamazoo, MI; Psychosis |
| July 18, 1997 (1 week) | Mercy Commons, Grand Rapids, MI; Psychosis |
| Aug. 7, 1997 (1 week) | Mercy Commons, Grand Rapids, MI; Psychosis |
| Sept. 11, 1997 (2 months) | Center for Fornsic Psychiatry, Ypsilanti, MI; Evaluation |
| July 2001 (2.5 weeks) | Metrohealth Cleveland, Cleveland, OH; Psychosis |
| July 2001 (1.5 weeks) | St. Joseph's Mercy Hospital, Ann Arbor, MI; Psychosis |
| Dec. 2004 (1 week) | Metrohealth Cleveland, Cleveland, OH; Psychosis |

| Date | Hospital |
|---|---|
| Aug. 6, 2005 (6 weeks) | Kalamazoo Psychiatric Hospital, Kalamazoo, MI; Psychosis |
| Dec. 5, 2006 (5 weeks) | Kalamazoo Psychiatric Hospital, Kalamazoo, MI; Psychosis |
| Feb. 10, 2008 (1.5 weeks) | Kalamazoo Psychiatric Hospital, Kalamazoo, MI; Psychosis |
| Feb. 15, 2009 (3 weeks) | St. Joseph's Mercy Hospital, Ann Arbor, MI; Psychosis |
| April 1, 2010 (1 week) | St. Joseph's Hospital, Toronto, Ontario, Canada; Psychosis |
| July 22, 2010 (2 weeks) | Vicroria Hospital, London, Ontario, Canada; Psychosis |
| Aug. 5, 2010 (1 week) | St. Joseph's Hospital, Toronto, Ontario, Canada; Psychosis |
| July 25, 2011 (2 weeks) | St. Joseph's Hospital, Toronto, Ontario, Canada; Psychosis |
| May 2012 (.5 weeks) | Oakville Trafalgar Memorial Hospital, Oakville, Ontario, Canada; Psychosis |
| Sept. 4-5, 2014 | Hillsdale Hospital, Hillsdale, MI; Psychosis |
| Sept. 5-27, 2014 | StoneCrest Center, Detroit, MI; Psychosis |
| March 8-15, 2019 | St. Joseph's Hospital, Toronto, Ontario, Canada; Psychosis |
| Jan. 9-23, 2020 | St. Joseph's Hospital, Toronto, Ontario, Canada; Psychosis |

I verify under oath that the answers to these interrogatories are true to the best of my ability.

*Joseph Bruneau*

Joseph Bruneau

July 12, 2020