# EXHIBIT 16

```
T  M: 90/SP        CREDIT TYPE: Residency
D     NO    DIV    TITLE                    CR ATT    GR    CR COM    CR CALC    GR PTS
BY    121   NS     NATURE STUDY             2.00      NC    0.00      2.00       0.00
HE    291J  P1     CONDITIONING II          2.00      B     2.00      2.00       6.00
PH    231   PR     DIMENSIONS OF BEING HUMA 3.00      I     0.00      3.00       0.00
SY    102          INTRO TO SOCIAL WORK     3.00      W     0.00      0.00       0.00

90/SP   Residency        T O T A L S       7.00            2.00       7.00       6.00
                                                    GPA:   0.857


ENTER (Q)UIT OR [NL]:

WYSE 50 Emulation Mode at 9600 BPS on COM1
```