# EXHIBIT 17

| STUDENT NAME | SOCIAL SECURITY NO. | YEAR/PROGRAM/SEMESTER | | |
|---|---|---|---|---|
| BRUNEAU   JOSEPH | | 89   D   5 | | |
| COURSE NUMBER | COURSE TITLE | CREDIT HOURS | GRADE | HONOR POINTS |
| BY 121  0253 | NATURE STUDY | 2.0 | NC | 0.0 |
| HE 291JB0114 | CONDITIONING II | 2.0 | B | 6.0 |
| PH 231  4013 | DIMENSIONS OF BEING HUMA | 3.0 | I | |

**AQUINAS COLLEGE**
GRAND RAPIDS, MICHIGAN
FINAL GRADE REPORT

GRADING SYSTEM

A - Excellent           AU - Audit
B - Very Good           I - Incomplete
C - Satisfactory        W - Withdrew
CR - Credit, C or better. Hours and honor points excluded from GPA.
NC - No credit-Course goals not attained.

STUDENT NAME AND ADDRESS | DATE OF REPORT 05/24/90

| | SEM | GPA | | |
|---|---|---|---|---|
| SEM HRS | 2.0 | 0.85 | 7.0 | 6.00 |
| CUM HRS | 54.0 | 2.51 | 58.0 | 146.10 |

BRUNEAU   JOSEPH   R
1114 OAKBROOKE
JACKSON       MI  49201

CONTACT THE REGISTRAR'S OFFICE WITHIN 30 DAYS IF YOU FIND THIS REPORT IS INCORRECT.