# EXHIBIT 18

247710 Bruneau, Joseph

**AQUINAS COLLEGE GRADE CHANGE REPORT**  NO. 000054

STUDENT'S NAME: Bruneau, Joseph    DATE: 3/11/91

SS NO: _ _ / _ _ / _ _    ACADEMIC YEAR OF 19 89 - 19 90

REGISTRATION PERIOD
- ☐ 1ST SEMESTER   ☐ 2ND SEMESTER
- ☐ SUMMER SESSION (INCL. MINI)   ☐ 1ST QUADMESTER   ☐ 3RD QUADMESTER
- ☐ 2ND QUADMESTER   ☒ 4TH QUADMESTER

PLEASE INDICATE IF THIS COURSE WAS:
☒ CONTINUING EDUCATION  ☐ REGULAR  ☐ DIRECTED STUDY  ☐ GRADUATE

PLEASE INDICATE REASON FOR CHANGE OF GRADE:
☐ NAME OMITTED  ☒ INCOMPLETE GRADE  ☐ ERROR IN RECORDING  ☐ OTHER

DEPARTMENT: Ph  COURSE NUMBER: 231  SECTION NUMBER: ___  NEW GRADE: B+

INSTRUCTOR SIGNATURE: Michael W. Denty   3-11-91

NO. 170 REVISED 1/87  5M