# EXHIBIT 19

# AQUINAS SAFETY – INCIDENT REPORT

| # | Field | Value |
|---|---|---|
| 1. | Page | 1 of 2 |
| | U.C.R. Classification | 9200 |
| 2. | Case No. | 90-224 |
| 2. | Incident | Insanity |
| 4. | Victim's Name | Joe Bruneau |
| 5. | Sex | M |
| 6. | Race | Cauc |
| | Res. Add. | 207 Hruby |
| 11. | Res. TX | ext. 6470 |
| 14. | Rept. By | Timi Hough |
| 15. | Sex | F |
| 16. | Race | Cauc |
| 20. | TX | ext. 6328 |
| 21. | Add. | Regina Hall |
| 22. | Loc. of Occ. | Wege Cafeteria |
| 23. | Date-Time/Occ. | 8/30/90  1820 |
| 24. | Day | Thurs |

**87. Narrative**

On August 30, 1990 at 1820 Timi Hough contacted Laura Culbertson to have an office opened in the lower level of Wege to allow Joe Bruneau to talk to his parents in private.

Culbertson met Hough at approximately 1825, she and Randy were with Bruneau outside of the Senate office. Culbertson admitted the group into the minority officer and Stella Ferris' office for the phone.

Hough informed Culbertson that Bruneau was on some medication and had "tripped out" in the cafeteria. According to witnesses, Bruneau told the food service worker the he "wanted

**100. Weather:** CLEAR  CLOUDY  FOG  RAIN  SNOW
**101. Light:** DAWN  DAYLIGHT  DUSK  DARK  ST.LIGHT  ON  OFF  NONE

**104. Status:** ☐ CONTINUED  ☐ PENDING  ☐ ARREST  ☐ EXCEPTION  ☐ ADMIN. CLOSURE  ☐ UNFOUNDED
**105. Closed By:** ☐ PATROL  ☐ INVESTIGATIONS

**106. Investigating Officer:** Culbertson
**107. Unit No.:** 621
**108. Supervisory Officer:** Courtney
**109. Date-Time/Disp.:** 8/30/90  1820
**110. Loc. Disp. To:** Wege Center
**111. Date/Time Arrived:** 8/30/90  1822
**112. Date/Time Report Comp.:** 8/30/90  1835

Case 1:19-cv-01033-PLM-RSK   ECF No. 50-20   PageID.392   Filed 11/19/20   Page 3 of 3

## AQUINAS COLLEGE SAFETY - NARRATIVE/PROPERTY SUPPLEMENTAL

| Page | 2 of 2 | Incident | Insanity | CASE NO. | 90-224 |

Victim's Name: Joe Bruneau   Address: 207 Hruby

Loc Occured: Wege Cafeteria

Data/Code:
- A-CURRENCY
- B-JEWELRY
- C-CLOTHING/FURS
- D-MOTOR VEHICLE
- E-OFFICE EQUIPMENT
- F-TV, RADIO, CAMERA
- G-BICYCLES
- H-HOUSEHOLD GOODS
- I-CONSUMABLE GOODS
- J-ATHLETIC EQUIP.
- K-MISCELLANEOUS
- L-ARSON

| NO. | CODE | QTY | LIST PROPERTY DESCRIPTION (BRANDS/ID MARKS) OR NARRATIVE BELOW | LOSS | RECOVERED |
|---|---|---|---|---|---|
| | | | **Narrative** | | |
| | | | power". Culbertson also noted that Bruneau was covered with burs from his knees down. | | |
| | | | Culbertson Cleared at 1830. | | |

STOLEN PROPERTY CARDS MADE: YES ☐ NO ☐
ENTERED INTO NCIC: YES ☐ NO ☐
PN# NCIC OPERATOR:
TOTAL:

Investigating Officer: Culbertson   PN# 621   Date & Time Completed: 8/30/90  1834
Supervisory Officer: Courtney   PN# 932   Disp #:

White - RECORDS/DATA   Canary - BULLETIN   Pink - REFERRAL