# EXHIBIT 20



AQUINAS COLLEGE

September 6, 1990

Mr. Joe Bruneau
Hruby Hall

Dear Joe,

This letter is to inform you that your behavior on Thursday, August 30, 1990, was disruptive and indicative of a mental disorder. Since this behavior has occurred on two occasions previously, I must judge your behavior to pose serious harm to yourself.

As a result of the behaviors, I am summarily suspending you from Aquinas College effective immediately. Your readmittance to Aquinas College at any point in the future will require convincing evidence from a licensed psychologist indicating you are ready to return to college and have received treatment for your condition. Should on-going treatment be recommended by your psychologist, such treatment may become a condition of your re-enrollment.

Joe, I hope you realize that those of us here at Aquinas sincerely care for your well-being but can't care for you more than you care for yourself. Twice before you have stopped taking the medication you need to function in the academic community. On both occasions, you met with serious problems as a result of this decision. It is our hope that the present time is used to get the treatment you need to return to your education. I implore you to work with the psychologists whose care you are under to return soon.

This decision by myself as chief student personnel officer can be appealed to the President within seven days.

Sincerely,

Bradford Winkler
Dean for Student Development

BW/dw

cc: Randy MacGeorge
    Paul Nelson
    Pam Strobel

JBcopy

GRAND RAPIDS, MICHIGAN 49506 · (616) 459-8281