# EXHIBIT 21

JOSEPH BRUNEAU

9/17/90

BRAD WINKLER

I WOULD LIKE TO BE ALLOWED TO RETURN TO AQUINAS, WHERE I CAN CONTINUE MY "TREATMENT".

Joseph Bruneau

# AQUINAS COLLEGE

September 17, 1990

Mr. Joe Bruneau
Hruby Hall

Dear Joe,

This letter is in response to your request to be reinstated as a full-time student. Based upon Dr. Franzblau's letter, your agreement to a release of information with your Grand Rapids physician, Dr. Ablau, and faculty permission to return to the classes you have missed, I am revoking your suspension from Aquinas College.

It will be necessary for you to re-enroll in the courses you were in, reapply for any Financial Aid, and request food refunds yourself.

Joe, while I realize you dislike "big brother" watching over you as it relates to your mental health problem, the College will not be sympathetic to a future disturbance where you fail to follow doctor's orders, since this is the third time such behavior has occurred at Aquinas.

Should you have any questions about your re-enrollment or encounter any difficulties in your return, please let me know as soon as possible.

Sincerely,


Bradford Winkler
Dean for Student Development


cc: Paul Nelson

JB Copy

## AQUINAS COLLEGE

### RELEASE OF INFORMATION

I, __JOSEPH BRUNEAU__, hereby grant release of information between Bradford Winkler, Dean of Students, and the following individual-

__DR. ARSENIO ABLAU__.

This communication is valid from __9/17/90__ to __5/16/91__

This communication is considered confidential and will not be shared with others unless permission is given. In the event of an emergency, Aquinas personnel may be notified that are directly affected.

This communication does not include the contents of any therapy sessions, but is limited to attendance and/or summary conclusions.

Signed, __Joseph Bruneau__

__17 SEPTEMBER 1990__
(Date)

JBcopy

To: Mike Keller
    Lois Kalman
    Dave Steffee
    Mary Beth Chambers
    Pam Strobel
    Randy MacGeorge
    Tina Oen-Hoxie

From: Bradford Winkler

Date: Sept. 17, 1990

Earlier in the semester, a withdrawal for Joe Bruneau was processed on the request of parent. Since that time, Joe's situation has changed and it is his desire to return for the current semester. He has contacted all faculty about the missed classes and I would ask you to re-enroll him for the current semester.

cc: Joe Bruneau