# EXHIBIT 22



9-28-90

On 9-25-90 at approximately 11:45 PM Timi Hough and myself met with Joe Bruneau to discuss our concern that he was under-medicating or failing to medicate himself. He refused to confirm or deny this, but did admit to telephoning ▇▇▇▇▇▇▇, a former student who had called Timi earlier in the evening to state the Joe had told her he was under medicating himself.

At 11:15 AM on 9-26-90 Greg Vandermissen informed me that a large telecomunications cable spool (empty) was

50 -1000

partially in the doorway of Joe's room (HH207) and partially in the hallway. We moved the spool to the stairwell and I left a note on Joe's door explaining that he should move the spool completely into his room or remove it from the hall by the end of the day. I gave Joe these same instructions verbally around noon on the path between the Academic Building and Holmdene or Regina Hall. Joe did not take any action concerning the spool before he was removed from campus that evening.

*Randy MacGeorge*

# Aquinas College Incident Report

Date of incident ~~Tues~~ Sept. 25, 1990    Time of Incident 6:00 pm

Location of incident Wege Mall Area    Was CSO contacted   Y  (N)
                                        Was alcohol involved Y  (N)

---

**Name of student(s) involved**    **Campus Address**
Joe Bruneau

**Other person(s) present**
Nicole Soble

**Description of circumstances concerning incident:** (Be thorough and objective. Include what happened, how it happened, who was involved, and what action was taken.)

On my way to dinner the evening mentioned, there were many groups of children riding bikes around the Wege Mall area. There were young children as well as our own students in the area. Joe was on one of the bikes of the small children. He was riding Yvonne. The child asked for his bike, Joe didn't respond + once again kept riding. The small child asked Nicole to help him. She was able to get the bike back for the small child.

Person reporting incident: _Toni C. Hough_ (signature)   Date _____
Additional staff member: _____ (signature)   Date _____
Received by: _____ (signature of College official)   Date _____

(Use back of page if necessary)

3/1/89

[@ 11:00 same morning] _____ _____ _____ _____ called stating Joe had called her home in Alma & indicated to her he was off or nearly off his medication. He said he'd gone from 1000 mg to 600 mg. I in turn called Randy to let him know. Randy came over after Joe entered Regina & signed into the "floor". When asked which floor he sat down & stated "this floor" & began to pull tape off of it.

To: [redacted]
From: [redacted]

Sept 26, 1990

Joe Bruneau came to circulation desk in LRC around 3:15 in the afternoon. He wanted to check something out so I got his library card out. It needed updating on some info. so I give him a sticky sheet & his card so he could write down the new info. (address, phone #, etc.). He started to put up a fuss about it, arguing saying it was false information on the card, so the card was bad. He took a scissors & proceeded to cut the card in four pieces. I put my hand out to take the pieces from him. I told him there was no reason for what he did, but that I still needed the card, so I could delete it from the computer. He then said, "Oh, you need it for the computer," and carried on some more. After getting frustrated w/ him, I handed him a new application, asked him to fill it out &, left to help another patron, hoping he would just drop it.

That is when Jeanine Tuozynski from Tech Serv.

pursued it. She said that cutting up the card was wrong, that we pay for those cards, & we re-use the cards. Joe first said, "So what I did was inappropriate behavior." Jeanine agreed w/ him. Then he went on to say that he would reimburse the LRC for the card, sending a $30 bill directly to Jeanine. Jeanine said that was not necessary, but that he was in the wrong. He pursued trying to reimburse her at which time she just walked away from him.

He played at the desk and I asked him to finish filling out the application for a new card. He had part of it filled out but refused to fill out the rest, saying that the application "sucked." I told him, "Listen, if you want a library card, then you have to fill out the application, and if you don't fill out the application, then you don't get a card. It's that easy." He replied, "Oh, so now you're saying that I don't get a library card." I said, "That's exactly what I'm saying." After a few more words were exchanged, he finally took the application & left the library.

The whole incident elapsed over a period of 10-15 minutes.

He was quite persistent through the whole thing, ~~asking me to write it times~~. Whenever I asked him if there was a problem, he'd answer, "No, I see no problem here."

~~Also he was wearing a tail (like the ~~~~one I wore that night~~~~, which was slightly flattering~~.

## Incident Log

- **Fri. 9-21** Dr. Roger Remington – Unknown about Academic Grievance process.
- **Sat. 9-22** @ Insisted that Ron Chaffee (with family) provide him written information re Academic Grievance Process.
- **Mon 9-24** – Went to John Romero's office and insisted on written copy of Academic Grievance Process – Rude and agitated
  - Phone mail message forwarded from Randy from Rolando Silva – Joe is acting up again.

- **Tues 9-25** – Young child's bicycle 6:30
  - 2:00 pm – fishing spool out of the Hurley creek and cleaning it next to Hurley Hall.

- **Wed 9-26** AM – Door wide open, spool now in room
  - AM – Albertus incident – Pulled chair from 3rd floor classroom – sat in hallway stairwell in chair in a daze
  - Aft – LRC incident
  - 4:00 PM – Soccer field incident.

— Bradford Winkler
9/26/90