# EXHIBIT 23

# AQUINAS SAFETY – INCIDENT REPORT

1. Page 1 of 4
2. Incident: Insanity
   U.C.R. Classification: 9200-4
3. Case No.: 90 | 262

## Victim Info
4. Victim's Name: Joseph Bruneau
5. Sex: M
6. Race: Cauc
7. Age: 21
8. D.O.B.: [redacted]
9. S.S.N.: [redacted]
10. Add: Hruby Hall, Rm. 207
11. Res. TX: x6470
14. Rept. By: Tery Bocian
16. Sex: M
17. Race: Cauc
20. TX: x3107
22. Loc. of Occ.: Soccer Field
23. Date-Time/Occ.: 9-26-90 | 1657
24. Day: Wed.

## Suspect Info
36. Susp. No. 1 Name: Joseph Bruneau
37. Sex: M
38. Race: Cauc
39. Age: 21
42. Res. Add.: Hruby Hall, Rm 207
43. Ht.: 6"
44. Wt.: 150
45. Hair: Bld.
46. Eyes: Brn.
47. Bld.: slim
48. Cloth. Descp.: all in white

## Narrative (87)
On September 26, 1990 at 1657, Dispatcher Crocker received a phone call from Coach Bocian stating that Joe Brunaeu was at the Soccer Field watching the game. Mr. Brunaeu suddenly started screaming and acting out Shakespeare. Dispatcher Crocker dispatched Officers Courtney and Haines to the Soccer Field. Officers arrived at 1659. Both Officers observed Mr. Brunaeu, who was showing three males his fencing foil. Officer Courtney approached Steve Langdon to see what had happened since Bruneau was acting normal at this time. Mr. Langdon told Officer Courtney the same information that Coach Bocian had given Dispatcher Crocker.

88. Wit No. 1 Name: Steve Langdon
90. Sex: M
91. Race: Cauc
93. TX: x3116

100. Weather: CLEAR (circled)
101. Light: DAYLIGHT (circled)
102. Tools·Weapons·Force: Fencing Foil
104. Status: CONTINUED (checked)
106. Investigating Officer: Courtney
107. Unit No.: 932
109. Date-Time/Disp.: 9-26-90 1657
110. Loc. Disp. To: Soccer Field
111. Date/Time Arrived: 9-26-90 1659
112. Date/Time Report Comp.: 9-26-90 2130

**AQUINAS COLLEGE SAFETY - NARRATIVE/PROPERTY SUPPLEMENTAL**

| Page | 2 of 4 | Incident | Insanity | CASE NO. | |
|---|---|---|---|---|---|
| | | | | 90 | 262 |

Victim's Name: Joseph Bruneau      Address: Hruby Hall, Rm.207

Occured: Soccer Field/Snck Bar

Data/Code
- A-CURRENCY
- B-JEWELRY
- C-CLOTHING/FURS
- D-MOTOR VEHICLE
- E-OFFICE EQUIPMENT
- F-TV, RADIO, CAMERA
- G-BICYCLES
- H-HOUSEHOLD GOODS
- I-CONSUMABLE GOODS
- J-ATHLETIC EQUIP.
- K-MISCELLANEOUS
- L-ARSON

| NO. | CODE | QTY | LIST PROPERTY DESCRIPTION (BRANDS/ID MARKS) OR NARRATIVE BELOW | LOSS | RECOVERED |
|---|---|---|---|---|---|
| | | | Narrative Also at this time, Assistant Director Culbertson phoned Brad Winkler, Dean of Students, and informed him of the situation. Randy MacGeorge, Resident Director was also called but was not at home. At 1710, Assistant Director Culbertson met with Bruneau at the Soccer Field and Officers Courtney and Haines cleared. At 1730, Randy MacGeorge phoned the Campus Safety Office for Culbertson. MacGeorge informed Culbertson that Bruneau's mother was coming to pick up Joe and that Joe has now been expelled from the college. Culbertson cleared from the soccer field at 1743 stating that there was nothing she could do at the soccer field since Bruneau refused to leave the game. At 1810, Darren Mattone phoned the Campus Safety Office and informed Dispatcher Crocker that Bruneau was in front of the Academic Building talking to three young girls and was concerned for their welfare. Officer Courtney arrived at 1812 to find Bruneau looking up at the trees with no one around. Officer Courtney cleared at 1812. At 1830, bruneau came to the Campus Safety Office. Assistant Director Culbertson talked Bruneau into going to the Snack Bar for something to eat. At 1836, Director Palmer informed Officer Courtney that Mrs.Bruneau should arrive around 1900 and that he would explain the whole situation to her then escort her over to the Snack Bar. At 1711, Mrs.Bruneau phoned the Campus Safety Office and informed Director Palmer that she was at Hruby Hall. Director Palmer told her that her son was at Wege Center, she informed him that she would meet him Wege Center. At 1930, Culbertson radioed Director Palmer and Officer | | |

STOLEN PROPERTY CARDS MADE: YES ☐ NO ☐      ENTERED INTO NCIC: YES ☐ NO ☐      PN# NCIC OPERATOR      TOTAL

Investigating Officer: Courtney       PN# 932      Date & Time Completed: 9-26-90  2130
Supervisory Officer:                  PN#          Disp # 915

White - RECORDS/DATA      Canary - BULLETIN      Pink - REFERRAL

| AQUINAS COLLEGE SAFETY - NARRATIVE/PROPERTY SUPPLEMENTAL | | | | | | CASE NO. | |
|---|---|---|---|---|---|---|---|
| Page 3 of 4 | | | Incident Insanity | | | 90 | 262 |
| Victim's Name Joseph Bruneau | | | | Address Hruby Hall, Rm. 207 | | | |
| Occured Snack Bar | | | | | | | |

| Data/Code | | | | | | | |
|---|---|---|---|---|---|---|---|
| A-CURRENCY | B-JEWELRY | C-CLOTHING/FURS | D-MOTOR VEHICLE | E-OFFICE EQUIPMENT | | F-TV, RADIO, CAMERA | |
| G-BICYCLES | H-HOUSEHOLD GOODS | I-CONSUMABLE GOODS | J-ATHLETIC EQUIP. | K-MISCELLANEOUS | | L-ARSON | |

| NO. | CODE | QTY | LIST PROPERTY DESCRIPTION (BRANDS/ID MARKS) OR NARRATIVE BELOW | LOSS | RECOVERED |
|---|---|---|---|---|---|
| | | | Narrative Courtney to come to the Snack Bar. Palmer entered the Snack Bar, while Officer Courtney stayed at the door. Palmer and Mrs. Bruneau exited the Snack Bar and told Mrs. Bruneau that Joe had to leave campus that night. Palmer informed Mrs. Bruneau that he hoped the expelltion would go smoothly, if not, the Grand Rapids Police Department would have to be called in. Mrs. Bruneau asked Palmer to call GRPD since she knew she would not be able to get Joe back to Jackson and Joe's hospital. At 1937, Palmer phoned GRPD and requested assistance in removing Mr. Bruneau to Cornerstone Hospital. At 1937, GRPD met with Officer Courtney in Wege parking lot. Officer Courtney informed Officers Hearing and Riddening of the situation. All officers met with Palmer outside the Snack Bar. Director Palmer and Officers Courtney, Hearing and Riddening entered the Snack Bar. Director Palmer gave Joe Bruneau his expelltion papers. Mr. Bruneau questioned why and started yelling that he would not leave. Bruneau then reached for his fencing foil that was laying on the floor to his right. Officer Hearing's foot was on the tip of the foil and he grabbed Mr. Bruneau's right wrist since his hand was on the hilt of the foil. Officer Hearing told Joe to let go of the foil. Joe refused and continued to struggle for controll of the foil. Mr. Bruneau was half way out of his seat when Officer Hearing pulled him the rest of the way out and threw him onto the ground. Mr. Bruneau let go of his foil and Officer XXXXXXXXXXXXXXX XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX Riddening stepped in and put the Handcuffs on Bruneau. | | |

| STOLEN PROPERTY CARDS MADE YES ☐ NO ☐ | ENTERED INTO NCIC YES ☐ NO ☐ | PN# NCIC OPERATOR | | TOTAL | |
|---|---|---|---|---|---|
| Investigating Officer Courtney | | | PN# 932 | Date & Time Completed 9-26-90 | 2230 |
| Supervisory Officer | | | PN# | Disp # 915/816 | |

White - RECORDS/DATA     Canary - BULLETIN     Pink - REFERRAL

| AQUINAS COLLEGE SAFETY - NARRATIVE/PROPERTY SUPPLEMENTAL || CASE NO. ||
|---|---|---|---|
| Page 4 of 4 — Incident: Insanity || 90 | 262 |
| Victim's Name: Joe Bruneau | Address: Hruby Hall |||
| Occurred: Snack Bar ||||

Data/Code
A-CURRENCY   B-JEWELRY   C-CLOTHING/FURS   D-MOTOR VEHICLE   E-OFFICE EQUIPMENT   F-TV, RADIO, CAMERA
G-BICYCLES   H-HOUSEHOLD GOODS   I-CONSUMABLE GOODS   J-ATHLETIC EQUIP.   K-MISCELLANEOUS   L-ARSON

| NO. | CODE | QTY | LIST PROPERTY DESCRIPTION (BRANDS/ID MARKS) OR NARRATIVE BELOW | LOSS | RECOVERED |
|---|---|---|---|---|---|
| | | | Narrative: Officer Haering then helped Bruneau to his feet and all parties left the Snack Bar. Officers Hearing, Riddening, Courtney adn Assistant Director Culbertson escorted Mr. Bruneau to the patrol cars, while Director Palmer escorted Mrs. Bruneau to her car. Mrs. Bruneau met with the patrol cars and all three cars left for Cornerstone Hospital. At 2019, Palmer, Culbertson, and Courtney cleared from the situation. Director Palmer phoned Brad Winkler and Timi Hough of the outcome of the situation. | | |
| | | | GRPD Hearing 160   Riddening 159   Case# 90-92357 | | |

STOLEN PROPERTY CARDS MADE   YES ☐   NO ☐
ENTERED INTO NCIC   YES ☐   NO ☐
PN# NCIC OPERATOR
TOTAL

Investigating Officer: Courtney   PN# 932   Date & Time Completed: 9-26-90   2230
Supervisory Officer:   PN#   Disp# 915, 816

White - RECORDS/DATA    Canary - BULLETIN    Pink - REFERRAL