# EXHIBIT 24

# AQUINAS COLLEGE

September 26, 1990

Mr. Joseph Bruneau
Hruby Hall

Dear Joe,

I have been informed by numerous individuals on campus of behavior which has been judged inappropriate. You have been observed engaged in a variety of bizarre behaviors in the Wege parking lot, the Hruby creek, Albertus Hall, the LRC, and the Aquinas soccer field. During the incident today in the LRC and the soccer field, you have been reported carrying a fencing foil, a potential weapon.

As a result of these behaviors, I am forced to invoke my authority as chief student affairs officer, and summarily expel you, effective immediately, from Aquinas College.

Expulsion is permanent and under no circumstances will you be readmitted.

This is the third occassion where the College has attempted to assist you through special arrangements to return to the classroom after brief hospitalizations. You have returned on each occassion indicating that you are able to return and that with your medication, no further problems will develop. This set of incidents, one week after returning from the last set of incidents, leads me to conclude that you have ceased your medication, violating the terms of your recent readmittance. The College has done all that it possibly can to assist you.

I sincerely hope that you take the time to get the treatment you need.

You have the right to appeal this decision to President Paul Nelson within seven days or the right of appeal is no longer available.

Sincerely,

Bradford Winkler
Dean for Student Development

cc: Paul Nelson
 Pam Strobel
 Randy MacGeorge