# EXHIBIT 25

# PERMANENT TELEPHONE CONVERSATION RECORD

PARTY: Lois Kalman  ☐ CALLED ME  ☒ I CALLED  DATE: 10-12-90
COMPANY: AQ  TIME: 3:00 P.M
SUBJECT: Joe Bruneau  PHONE #: 

MESSAGE: I spoke with Mike Keller and Lois Kalman about Joe Bruneau's departure (expulsion). Lois stated she would give Joe W's in all his courses and charge 0% tuition. I sent memos to Pam S & Tina Hoxie to correct room and board charges —

REPLY:

COMMENTS:

BY: BW.

---

# PERMANENT TELEPHONE CONVERSATION RECORD

PARTY: Diane Brunea  ☒ CALLED ME  ☐ I CALLED  DATE: 9/27/90
COMPANY:  TIME: 1:30
SUBJECT: So Joe Bruneau  PHONE #: 

MESSAGE: Joe was taken to Coldwater Psychiatric Hospital on 9/26/90. She estimates 6 weeks of in-house, then preferably a half-way house. Will come up Sat. 9.29 to pick up his belongings. If too much also the following Thursday Oct. 4.

REPLY:

COMMENTS:

BY: