# EXHIBIT 26



President

# AQUINAS COLLEGE

August 26, 1993

Mr. Joseph Bruneau
127 Lafayette Avenue, N. E.
Apt. 1A
Grand Rapids, MI  49503

Dear Joe:

As a result of our telephone conference call on Monday, August 23, 1993, with you, Richard Kolinski (Office of Civil Rights, U. S. Department of Edution), Barry Kantz (Aquinas College Vice President for Operations and attorney), and myself we agreed upon the following items:

1. That you agree to release information regarding your treatment at Transitions to Dr. Richard Raubolt, Aquinas College's consulting psychologist. This release of information includes any conversation or exchange of documents between Dr. Raubolt and Dr. Eerdmans that are necessary for Dr. Raubolt to understand your case and prognosis. This letter, when signed by you, will function as the authorization required by Dr. Raubolt to consult with and receive information from Transitions and Dr. Eerdman.

2. You agree to meet with Dr. Raubolt if Dr. Raubolt determines that meeting with you is necessary.

3. That you agree to let Dr. Raubolt discuss his findings with Paul Nelson, Aquinas College President.

4. And finally, you agree not to visit the Aquinas College campus until Dr. Raubolt has had an opportunity to discuss your situation with Paul Nelson.

I hope you understand that we are trying very hard to work within the best interests of you continuing your education and the best interests of Aquinas College. It is hoped that Dr. Raubolt's findings will help us to understand the most beneficial way for you to continue your education. Please sign a copy of this letter and return the signed copy in the envelope provided.

Sincerely,

R. Paul Nelson

Signed: _Joseph Bruneau_     Date: _AUGUST 30, 1993_

cc: Richard Kolinski

GRAND RAPIDS, MICHIGAN 49506-1799 • (616) 459-8281     JBCopy