# EXHIBIT 28

**DON A. BOYD, Ed.D.**
LICENSED PSYCHOLOGIST
3934 CASCADE ROAD SE
GRAND RAPIDS, MICHIGAN 49546
TELEPHONE 616 940 1658

January 7, 1994

Mr. R. Paul Nelson, President
Aquinas College
1607 Robinson Road, S. E.
Grand Rapids, MI   49506-1799

**RE:   JOSEPH BRUNEAU**

Dear Mr. Nelson:

Thank you for your inquiry requesting additional information regarding Joe Bruneau. As you know, I see Joe as primarily a bi-polar affective disorder but additionally he had concomitant features of paranoid schizophrenia. With this combination of mental illness one cannot be assured of the safety of other students. The combination of eruptive hostility, organized social fear, and manic induction indeed creates unpredictable behavior and therefore I cannot give assurances regarding other students safety. The best assurance, obviously, is for Joe to prevent reoccurring episodes. That is, precisely what my evaluation would attempt to secure so that Joe could eventually return to school at no threat to himself or others.

I look forward to other specific consultation that may be helpful to Joseph or your institution.

Sincerely,

Don A. Boyd, Ed.D.
Licensed Psychologist