# EXHIBIT 29



Aquinas College
DEPARTMENT OF CAMPUS SAFETY
1700 FULTON STREET EAST
GRAND RAPIDS, MI, 49506

Case Report

Reported By: Person I

| | | |
|---|---|---|
| Incident Types Label<br>AQUINAS : DISORDERLY CONDUCT : DISORDERLY IN PUBLIC | Offender<br>BRUNEAU, JOE ROBERT (SUSPECT) | Incident Disposition<br>REPORT WITH POLICE ARREST |
| Report Disposition<br>ASSIGNMENT COMPLETED | Method of Reporting<br>PHONE | |
| | Related Number:<br>2016-02-10-05341 | |
| Incident Occurred Date<br>02/10/2016 at 1903 | Incident Occurred End Date<br>02/11/2016 at 0116 | Incident Discovered / Called In<br>02/10/2016 at 1903 |
| Location<br>MAIN CAMPUS : NON RESIDENCE HALLS : ART MUSIC CENTER | Specific Location<br>BG5 SECONDARY LOCATION B9 SECONDARY LOCATION B3 SECONDARY LOCATION B8 SECONDARY LOCATION | |
| Manager/Supervisor On Duty<br>Person J | Manager/Supervisor Notified<br>YES | |

Report Synopsis/Overview

Disorderly conduct: Officers received a report that someone was interrupting patrons of the library. Officer investigated, warn, engaged, and then removed subject. Person was arrested for trespassing.

### List of supplemental reports

Follow Up 2016-050_1
Follow Up 2016-050_2

### List of contacts in this report

| | |
|---|---|
| DUKE, MIKE | PRINCIPAL |
| Person K | REPORTING PERSON |
| Person A | REPORTING PERSON |
| BRUNEAU, JOE | SUSPECT |
| Person B | WITNESS |
| Person C | WITNESS |
| Person D | WITNESS |

### Contact # 1 (REPORTING PERSON)

Full Name
Person A

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| 20 | | MALE | WHITE |
| Height | Weight | Hair Color | Eye Color |

Prepared By:
Person I

Signature

Submitted Date
02/14/2016 2302

Reviewed By/Date
Person L

### Addresses

Address:

State | Zip | Country | Address Type

---

### Contact # 2 (REPORTING PERSON)

Full Name: **Person K**

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| 53 | | MALE | WHITE |

### Addresses

Address:

City | State | Zip | Country | Address Type

---

### Contact # 3 (SUSPECT)

Full Name: **JOE ROBERT BRUNEAU**

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| | | MALE | WHITE |

| Approx. Age | Demeanor | Build | Clothing |
|---|---|---|---|
| 31-40 | BELLIGERENT | LEAN | BLACK SWEATSHIRT |

### Addresses

Address:

---

### External Agency # 1

Referenced External Report Number: 16-0012014

External Agency: POLICE DEPARTMENTS : GRAND RAPIDS POLICE DEPARTMENT

| Contacted | Arrived | Cleared |
|---|---|---|
| 02/11/2016 0033 | 02/11/2016 0042 | 02/11/2016 0116 |

Person Contacted: **CHRIS SHURR**

Badge Number/ID: 195

---

Prepared By: Person I

Submitted Date: 02/14/2016 2302

Signature

Reviewed By/Date: Person L

Case # : 2016-050

## Addresses

**Address :**

| | State | Zip | Country | Address Type |

---

### Contact # 2 (REPORTING PERSON)

**Full Name**
Person K

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| 53 | | MALE | WHITE |

## Addresses

**Address :**

| City | State | Zip | Country | Address Type |

---

### Contact # 3 (SUSPECT)

**Full Name**
JOE ROBERT BRUNEAU

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| | | MALE | WHITE |

| Approx. Age | Demeanor | Build | Clothing |
|---|---|---|---|
| 31- 40 | BELLIGERENT | LEAN | BLACK SWEATSHIRT |

## Addresses

**Address :**

---

### External Agency # 1

| Referenced External Report Number | External Agency |
|---|---|
| 16-0012014 | POLICE DEPARTMENTS : GRAND RAPIDS POLICE DEPARTMENT |

| Contacted | Arrived | Cleared |
|---|---|---|
| 02/11/2016 0033 | 02/11/2016 0042 | 02/11/2016 0116 |

| Person Contacted | Badge Number/ID |
|---|---|
| CHRIS SHURR | 195 |

---

**Prepared By:** Person I

**Submitted Date** 02/14/2016 2302

**Signature**

**Reviewed By/Date** Person L

Case #: 2016-050

**Note**

OFFICER SHURR HAD DEALT WITH INDIVIDUAL EARLIER IN THE DAY AND STATED THAT ROBERTS HAD PRETENDED TO PULL A WEAPON ON HIM.

Narrative text

On 2/10/16 at 18:46 hrs., Person E was in route to St. Joseph Hall when an individual named Joe, later identified as Joseph Robert Bruneau, flagged Person E down and asked for a ride to St. Joseph Hall. Person E agreed and completed the escort for Bruneau at 18:50 hrs. At 19:07 hrs., Person E arrived at the Art and Music Center to perform a check of the building's exterior when Person A approached Person E. Person A explained that he had just called Campus Safety Person F about a strange individual asking a student for a place to sleep. The individual was reported by Person A as wearing a black sweatshirt with blue lettering, a leather jacket, with blond hair and a straggly beard. Person E asked Person A to take Person E to the student; Person A took Person E to speak with Person G, who told Person E that there was, what appeared to be, a student knocking on the back window. Person G went to let the student in when Person G realized that it was an older man knocking on the window. Person G talked to the individual for a minute to see what was going on, when the individual asked Person G if he could store the bags he was carrying in Person G's room and stay the night. Person G denied the request and walked away from the individual to get into contact with Person A and tell him what had happened. After hearing the description, Person E realized that Person G was describing the individual he had given an escort to earlier, Joe Bruneau. Person E asked Person G if he noticed which way Bruneau had gone after their interaction, to which Person G responded that Bruneau had been heading toward Regina hall. Person E cleared from the Art and Music Center at 19:12 hrs. in order to move toward Regina Hall to search for Bruneau; Person E was unable to locate Bruneau around or in Regina Hall. At 19:18 hrs., Person E notified the front desk worker of Regina Hall to contact Campus Safety if a man fitting the description of Bruneau was seen. Person E cleared Regina Hall at 19:30 hrs. and was dispatched to an escort. While on the escort, Person E noticed a man fitting Bruneau's description entering the Academic Building. After Person E cleared from his escort at 19:38 hrs., then searched the Academic Building for Bruneau. At 19:46 hrs., Bruneau entered Campus Safety and handed Person F his passport and asked if he could leave his items overnight. Person F checked in and tagged his camera bag, cellphone, camera, backpack, laptop, black leather gloves, basket with a stone inside, and camera light, then set them aside for retrieval the following day. (Log 2016-02-10-05346) At this time, Person E entered the Academic Building and asked students in the hall if they had seen a man fitting Bruneau's description. One student reported that a man fitting the description entered their class room during class and had been kicked out by the professor. At 19:47 hrs., while Person E was speaking with the student, Person H asked Person E to return to the Campus Safety Office. Person E arrived to the Campus Safety Office at 19:49 hrs., in the midst of Person F logging Bruneau's property. Person E asked Bruneau if he needed help with anything; Bruneau claimed that he was fine and did not need assistance. Bruneau left the office at 19:51 hrs. At 20:50 hrs. Person F began receiving calls from Grace Hauenstein Library about a man who fit Bruneau's description unsettling students. The callers indicated that the individual had two unusually shaped bottles of a white substance and "horse pills." Person E arrived at 20:56 hrs., and Person K, night manager of the library, approached Person E to speak with him concerning Bruneau's behavior. Person E then found Bruneau sitting at a table with a group of students who were trying to study. Bruneau was playing a Brittney Spears video on his cellular device at a loud volume. Person E asked Bruneau if he could speak to him in private for a bit and Bruneau agreed. Person E asked Bruneau if he could turn down the volume on his cellular device because students around him were trying to study, and Bruneau agreed. Person E asked Bruneau if he had head phones to use, and Bruneau said yes, but he didn't want to use them so that he could hear what was going on around him. Person E asked if Bruneau could move to a different spot in the library so he wouldn't be distracting students who were trying to study. Bruneau indicated that he would, but that he first needed to make a phone call. Person E agreed and took this time to talk with the students at the table Bruneau was sitting at. Person E asked the students if Bruneau had done or said anything inappropriate. The students indicated that Bruneau wasn't being inappropriate, but was making them nervous and uncomfortable. The students didn't want to get up and leave because they thought Bruneau seemed troubled and anxious and they didn't want to "freak him out." Bruneau finished his phone call and returned to the table. Bruneau picked up his things, and tried to hand Person E the two bottles that were filled with an unknown white liquid. Person E denied this gesture, but Bruneau again insisted that Person E take them. Person E refused once more, and Bruneau claimed it was "just shampoo and conditioner." Bruneau then asked Person E to take the bottles back to the Campus Safety Office to store them with Bruneau's other items. Person E directed Bruneau into an area of the Library where there were no students located, sat Bruneau down and informed Bruneau the distracting behavior, loud music, and discussion with students had to stop, and if it did not then Person E would have to come back. Bruneau grabbed Person E's arm saying

**Prepared By:** Person I

**Submitted Date** 02/14/2016 2302

Signature

**Reviewed By/Date** Person L

"Wow, you are really big." Person E told Bruneau not to touch him again, and that what Bruneau had said was very inappropriate. Person E then located the ▓▓▓▓▓, Person K, and told him that if Bruneau was still being disruptive or making students uncomfortable to immediately call Campus Safety so that an officer could be dispatched to resolve the issue. Person E cleared at 21:25 hrs. At 23:20 hrs., Person K called Person F and claimed that Bruneau had been peaceful so far, had been sporadically getting up to pace and talk to female students. There had been an incident where Bruneau sat down at the table of a female student who became so uncomfortable that she felt it necessary to move, and consequently spoke to Person K about the incident. Person K requested officers be dispatched as Bruneau apparently refused to move from his spot at the student's table. Person F dispatched ▓▓▓▓ Person M and Person E at 23:23 hrs. Person E arrived at 23:26 hrs., and spoke to Person K about the situation. Person M arrived at 23:31 hrs., and decided it would be best for Person E to interact with Bruneau, as Person E seemed to have developed a rapport with Bruneau. Person E approached Bruneau, who was visibly enthusiastic about Person E's return, and insisted on giving Person E a fist bump. Person E explained to Bruneau that there had been more complaints and that Person E would have to ask Bruneau to leave campus. Person E also let Bruneau know that the Library would be closing in 20 minutes. Person E asked Bruneau if he had a place to go with Bruneau replying that he did not. Person E asked if GRPD should be called to help Bruneau find a place to stay the night. Bruneau strongly insisted that Person E not call GRPD and informed Person E that there was a place that was available to Bruneau if Person E could provide him a ride there. Person E explained that Bruneau could only receive an escort up to a mile off campus and Bruneau agreed to being escorted off of campus grounds. Person E informed Person M that Bruneau wanted an escort off campus to as close to a GVSU bus stop as possible. Bruneau asked Person E if he could pick up his belongings from the Campus Safety Office before leaving. Person E agreed and escorted Bruneau to the Campus Safety Office on the golf cart. Person E and Bruneau arrived at 24:03 hrs. Person M met with Person E and Bruneau at the office shortly afterward. Person M and Person E tried to get Bruneau to gather his belongings for his escort, but Bruneau started to unpack his things and put on more layers of clothing for the night. Bruneau made multiple odd comments to Person E about the belongings in his backpack and kept asking the officers non-germane and personal questions such as "how many children do you have?" Bruneau took off and put on several layers of clothing including, his boots, his socks, and seemed to be purposefully stalling the officers. At one point, Bruneau stated that he was going to leave some of his belongings in the Campus Safety Office. Person M stated to Bruneau: "you can't stay here, and you need to take all of your stuff!" Bruneau grew less cooperative and more agitated. Bruneau then began asking inappropriate questions about whether or not the officers wanted to have sexual relations with him, and stated that he "could just die" instead of leaving. Officers informed Bruneau that they could give him a ride or he could speak with GRPD and be escorted off campus. Bruneau grew more agitated and uncooperative and continued saying inappropriate things then proceeded to take a shaving razor out and began shaving his face. At this point, Bruneau also started pleading with officers not to kick him, despite the fact that Bruneau was not in physical contact with Person M or Person E. In response to Bruneau's behavior, Person M requested that ▓▓▓▓ Person N contact GRPD; Person N did so at 24:33 hrs. GRPD arrived at 24:42 hrs. and Person P guided them to the Campus Safety Office from the Fulton Street entrance. GRPD Officers Jones and Shurr entered the Campus Safety Office and immediately recognized Bruneau. Shurr explained that earlier in the day Bruneau had "pretended to shoot" Shurr when Shurr had dealt with Bruneau at a transit station. Shurr and Jones indicated that they were going to arrest Bruneau in order to prevent him from causing problems at another location. Officers Shurr and Jones handcuffed Bruneau, who continued to say inappropriate and nonsensical things to the officers as they read Bruneau his rights. Shurr and Jones then collected Bruneau's belongings from the office and escorted Bruneau to the squad car. Shurr and Jones discovered chains and ropes, dildos, and other sexual toys and apparel inside of Robert's belongings after searching them. All parties cleared at 01:16 hrs.

▓▓▓ Person E
Aquinas College Department of Campus Safety

Prepared By: Person I

Signature

Submitted Date
02/14/2016 2302

Reviewed By/Date
Person L

Page 4 of 8

Case #: 2016-050_1



Aquinas College
DEPARTMENT OF CAMPUS SAFETY
1700 FULTON STREET EAST
GRAND RAPIDS, MI, 49506

Follow Up

Reported By: Person L

## Parent Report Information

| | |
|---|---|
| Report Type | Reference Number |
| Case Report | 2016-050 |
| Report Recorder | Report Disposition |
| Person I | ASSIGNMENT COMPLETED |
| Related Number: | Tracking Number |
| | 953579 |

## Follow Up Information

Synopsis
Officer met with witness to person's strange behavior. Report taken

### List of contacts in this report

Person C        WITNESS

### Contact # 1 (WITNESS)

Full Name
Person C

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| | | FEMALE | WHITE |

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| | | | |

| Approx. Age | Demeanor | Build | Clothing |
|---|---|---|---|
| 18 - 20 | | | |

### Addresses

Address:

| City | State | Zip | Country | Address Type |
|---|---|---|---|---|
| | | | | |

Address:

| City | State | Zip | Country | Address Type |
|---|---|---|---|---|
| | | | | RESIDENCE HALL |

Narrative text

Prepared By:
Person L

Signature

Submitted Date
02/19/2016 0930

Reviewed By/Date
Person L

Case #: 2016-050_1

On 2/15/16 at approx. 11:00 hrs., **Person C** entered Campus Safety and met with **Person L**. **Person C** stated that she was in the library from 20:30 hrs. until 23:40 hrs. on 2/12/16 and observed strange behavior from Bruneau. **Person C** saw Bruneau being disruptive to many students. Bruneau was making noise, listening to music on his phone, moving around and acting awkward. Bruneau also spoke to several students, asking them random questions. At one point, Bruneau put two vials (with a white substance) on the table in front of him and asked a student if she wanted to see what was inside. The student said no and Bruneau replied that it was shampoo and conditioner. Bruneau left the area for several minutes but then returned. Bruneau approached one of the shelving units and acted like he was pushing one of the large books off the shelf. Bruneau also acted like he was going to push a shelving unit over. **Person C** was upset that Campus Safety didn't remove Bruneau faster but also understood the circumstances.

**Person L**
Aquinas College Department of Campus Safety

Prepared By: Person L
Signature

Submitted Date: 02/19/2016 0930
Reviewed By/Date: Person L



Aquinas College
DEPARTMENT OF CAMPUS SAFETY
1700 FULTON STREET EAST
GRAND RAPIDS, MI, 49506

Follow Up

Reported By: Person L

## Parent Report Information

Report Type
Case Report

Report Recorder
Person I

Related Number:

Reference Number
2016-050

Report Disposition
ASSIGNMENT COMPLETED

Tracking Number
953579

## Follow Up Information

Synopsis
Officer met with GRPD and witnesses to strange behavior. Report taken.

### List of contacts in this report

| Name | Role |
|---|---|
| DUKE, MIKE | PRINCIPAL |
| Person B | WITNESS |
| Person D | WITNESS |

### Contact # 1 (PRINCIPAL)

Full Name
MIKE DUKE

#### Addresses

Address:
GRPD OFFICER

### Contact # 2 (WITNESS)

Full Name
Person D

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| 19 | | FEMALE | WHITE |

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|

#### Addresses

Address:

Prepared By:
Person L

Signature

Submitted Date
02/19/2016 0957

Reviewed By/Date
Person L

Case # : 2016-050-2

| City | State | Zip | Country | Address Type |
|------|-------|-----|---------|--------------|
|      |       |     |         | HOME         |

## Contact # 3 (WITNESS)

**Full Name**
Person B

| Age | Date of Birth | Gender | Race |
|-----|---------------|--------|------|
| 18  |               | FEMALE | WHITE |

| Height | Weight | Hair Color | Eye Color |
|--------|--------|------------|-----------|
|        |        |            |           |

### Addresses

Address :

| City | State | Zip | Country | Address Type |
|------|-------|-----|---------|--------------|
|      |       |     |         | RESIDENCE HALL |

**Narrative text**

On 2/15/16 at approx. 10:30 hrs., Lt. Person L met with GRPD Officer Mike Duke. Duke updated Person L and Person O on the history of Joseph Bruneau. While speaking with Duke, Person D and Person B enter Campus Safety and requested to speak with Person L. Person D and Person B stated that they were in the library when Bruneau was there. Both stated that Bruneau acted very strangely. Bruneau was interrupting students, making noise, moving from his seat repeatedly, and talking in a loud manner. At one point, Bruneau was near the bathroom in the lobby area of Jarecki (main entrance area) and walked by Person D, bumping into her, as she walked past. Person D and Person B were very uncomfortable and wanted Campus Safety to know what had happened. All parties cleared at approx. 10:55 hrs.

Person L
Aquinas College Department of Campus Safety

| Prepared By: | Submitted Date |
|--------------|----------------|
| Person L     | 02/19/2016 0957 |
| Signature    | Reviewed By/Date |
|              | Person L |