# EXHIBIT 30

# AQUINAS COLLEGE
*Makes all the difference in the world.*

## - NOTICE OF TRESPASS -

February 11, 2016

To: Mr. Joseph Bruneau
Of: Unknown Address

This Notice of Trespass is hereby issued to inform you that you are NOT permitted to enter or come upon the private property of Aquinas College located in the City of Grand Rapids, State of Michigan, County of Kent.

A Notice of Trespass may be issued by Aquinas College to any person that the Department of Campus Safety directly observes or receives a complaint about who meets any of the following criteria:

- causes harm or inflicts injury to members of the College community
- threatens, harasses or intimidates members of the College community
- disrupts academic and administrative business of the College
- causes damage to College property or the personal property of members of the College community
- commits serious or other criminal activity
- violates College policy
- Providing false information to College officials

You are also hereby notified that you are not to have any contact with any member of the Aquinas College community on Aquinas College property by any means and under any circumstance. If you do attempt to establish contact with any member of the Aquinas College community, local law enforcement will be contacted immediately.

Should you fail to abide by this Notice, you may be subject to arrest and criminal prosecution pursuant to MCL 750.552. This notice will remain in effect from this date—February 11, 2016—until such time as it is cancelled by a designated representative of Aquinas College.

### Statement of Service

Copies of this Trespass Notice were served in the manner indicated below:

- **Direct Served**
  The Notice of Trespass was delivered directly to Mr. Bruneau, in the presence of Grand Rapids Police Department. I declare under penalty of perjury pursuant to the laws of the State of Michigan that the foregoing is true and correct.

Kevin L. Kwiatkowski
Director, Aquinas College Department of Campus Safety

Date 2/11/16

Copy to File: CSO Records
cc: Dean of Students Office
Office of the Provost
Office of Housing & Residence Life
Grand Rapids Police Department (CPT. Reilly)