# EXHIBIT 32

AQUINAS COLLEGE
Makes all the difference in the world.

Kevin Kwiatkowski
1700 Fulton St. E.
Grand Rapids, MI 49506
29 June 2017

Joseph Bruneau
5020 Carson Ave SW
Grand Rapids, MI 49548

Dear Mr. Bruneau,

The letters requesting that the persona non-grata (PNG), that you received in February 2016 be lifted have been received. After careful consideration, your request for access to Aquinas College has been denied indefinitely. You can direct any further questions to myself at kwiatkev@aquinas.edu.

Regards,

Kevin Kwiatkowski

**Brian Matzke** <brian.matzke@aquinas.edu> To
Joe Bruneau
Oct 19, 2017

Dear Mr. Bruneau,

Your correspondence was forwarded to me for response. I have reviewed the circumstances of the "no trespass" order and do not find a basis for overturning it. The behavior identified was harassing, intimidating and disruptive to our students and other patrons of the College and our library. Your status with the College will remain as is.

Show original message

--

**Brian Matzke**

**Associate Vice President of Student Affairs**

**Aquinas College**

1700 Fulton St E | Grand Rapids, MI 49506.1801

p 616.632.2073

matzkbri@aquinas.edu

**LORI ORLOWSKI** <llo001@aquinas.edu> To
Joe Bruneau

Dec 4, 2017

Dear Mr. Bruneau,

The Office of the President has looked into the matter and we agree with the findings of Mr. Kwiatkowski that were also reaffirmed by Mr. Matzke. Your status with the College will remain as is and the case is closed.

Regards,

The Office of the President Aquinas College