# EXHIBIT 33

A16 THURSDAY, MARCH 5, 1998 ■ THE GRAND RAPIDS PRESS

# Patient suffocated ano[ther]

► *He is accused of killing a fellow patient at a local mental hospital by stuffing a wad of paper in his mouth.*

**By Peg West**
The Grand Rapids Press

When Christopher Norris failed to respond to the announcement at a local mental hospital that it was time for patients' medication, registered nurse Donna Wildschut went looking for him.

Mercy Commons nurses commonly seek out "stragglers" who don't heed the summons, Wildschut said Wednesday in Grand Rapids District Court.

She found Norris in his room, lying on his bed, his hands folded on his stomach. She called to him. She shook him, and found his body was stiff. She checked for a pulse and found none.

"He looked very peaceful. But his eyes were open. I saw something sticking out of his mouth," Wildschut said.

Prosecutors say the object in Norris' mouth was placed there by Joseph Bruneau. The 28-year-old Bruneau is accused of stuffing a large wad of paper in Norris' mouth and throat, suffocating him.

Bruneau was in court Wednesday; first for a hearing on whether he is competent to stand trial — officials ruled he was —



Present This Ad for
DOUBLE S&H GIFTS STAMPS

## Suspect in seven-year-old Grand Rapids murder remains free

Email to a Friend     Printer Friendly Version

(Grand Rapids, August 24, 2004, 8:50 a.m.) Seven years ago, 25-year-old Chris Norris was buried in depression, quit his job, and lost weight. His mom Carol Turner, brother and sisters believe it was brought on by quitting steroids cold turkey. They knew he badly needed help. Chris was admitted to a Grand Rapids psychiatric hospital.



Seven years ago, 25-year-old Chris Norris was buried in depression, quit his job, and lost weight.

Chris was admitted to a Grand Rapids psychiatric hospital.

While being treated at the hospital, Chris' suffocated body was found in his bed, his throat stuffed with printing paper, paper towel, and magazine pages. So much paper was pushed into his mouth and down his throat that it reached his stomach.

Jospeh Bruneau is the only suspect in the seven-year-old murder. In 1996, Bruneau had been in and out of jail and, according to doctors, was out of control. Documents show he was diagnosed as bi-polar and schizophrenic. According to court records, Bruneau had brandished a sword at college, taken a bat to a motorcycle, and wiped feces on himself.

Chris was admitted to a Grand Rapids psychiatric hospital.



Chris' suffocated body was found in his bed.

While in jail awaiting trial on sexual assault charges, Bruneau refused to take his medications, so was transferred to the same psychiatric hospital to which Chris Norris had been admitted.

Initially, Chris' death was thought to be a possible suicide, but was eventually treated as a murder case. Investigators learned that Bruneau tried to befriend Norris, but was rejected. Similar rejections in the past had made Bruneau snap before, and a large finger began to point at him.



Earlier this year Bruneau was released.

Prosecutors took their case to court. Bruneau was charged with open murder. There was a mountain of concern and an admission of guilt by Bruneau at the scene. But he had not been read his rights, so the judge threw it out, and prosecutors dropped the case.



By the time Chris Norris' family had won a

wrongful death judgment against Bruneau and a settlement from the hospital, Bruneau had already moved to Cleveland where he assaulted again. Earlier this year he was released. Now, Bruneau is living in his own apartment there.

24 Hour News 8 tried to get reach of Bruneau's family members who live in the area, but they did not respond to our requests for comment.

Cold case detectives are now hoping science can give them something new, maybe an answer as to what happened. They have sent key evidence to the Michigan State Police Crime Lab. They say if new science can crack the case, it will take some time.

# CITY REGION
THE GRAND RAPIDS PRESS

## Bone marrow transplants may soon be available here

▶ *Plan for DeVos Hospital means West Michigan parents would no longer have to take their children across the state for treatment.*

**By Chris Meehan**
The Grand Rapids Press

Amy DeBoer is pleased other West Michigan parents may not have to travel so far to obtain cutting edge cancer treatment for their children.

In 1995, she had to take her son, Scott, to the University of Michigan Medical Center for a bone marrow transplant.

But a recent change in state policy regulating the transplants may soon make them available at DeVos Children's Hospital in Grand Rapids.

"It would have been so wonderful if we had been able to stay at DeVos when our son went through his treatment," said DeBoer, a Nunica mother whose son developed a malignant tumor in his abdomen.

After more than two years of discussion and debate, the Michigan Department of Community Health's Certificate of Need (CON) Commission in July agreed on new guidelines that allow for a pediatric bone marrow transplant program to open in West Michigan.

The CON commission regulates certain high-tech medical services and treatments.

"This is an extraordinary opportunity for us in West Michigan," said Dr. James Fahner, a pediatric cancer specialist at DeVos. "This is something we have been struggling to make a reality for a long time."

The Alliance for Health, a Grand Rapids health care planning agency, will hold a public Wednesday at 9 a.m. on Butterworth's move to open the first pediatric bone marrow transplant program outside the Detroit area.

If all goes as hoped, the first transplant would occur in 1999, said Fahner.

"Until now there has been an incredible maldistribution of this service,

see MARROW, A6



*Scott DeBoer's family had to travel between Grand Rapids and Ann Arbor when their son received a bone marrow transplant.*

## Suspect charged in killing of fellow patient

▶ *Court records show the suspect once pulled out a sword at GRCC and later trashed a local retail store.*

**By Doug Guthrie**
The Grand Rapids Press

One jury had already found him legally insane, and doctors warned that the man charged Monday with killing a fellow patient at Mercy Commons psychiatric hospital might someday harm himself or others.

Joseph Bruneau, 28, was ordered held without bond in the Kent County Jail Monday after being charged in Grand Rapids District Court with the murder last week of Christopher Norris.

Norris, 25, was found dead in his bed Thursday evening at the privately operated psychiatric facility on Grand Rapids' Northeast Side.

Norris had been admitted to the hospital under a petition filed by his family just days before he was killed. Court records show they feared for his well-being since his abrupt despondent behavior and resignation in January from a job he held 2½ years at Autodie International Inc.

Bruneau had been in and out of mental hospitals for the last decade.

Both Norris and Bruneau had been diagnosed as suffering from schizophrenia, according to documents on file at Kent County Probate Court.

*Joseph Bruneau*

But their illnesses were very different. Norris was paranoid and had turned inward. Bruneau was an extrovert with "grandiose" behavior and described himself during one psychologist's interview as a "know-it-all."

"Mr. Bruneau apparently was attempting to befriend Mr. Norris. We believe Mr. Norris rejected this, and that was enough motive for Mr. Bruneau to kill him," explained Grand Rapids Police Lt. Carol Price.

A paper towel and pages from a magazine had been stuffed in Norris's mouth and throat. Although investigators said there were no signs of a struggle, an autopsy concluded Norris died of suffocation.

Norris and Bruneau had separate rooms at Mercy Commons, but police said the two had been housed in a multiple-room "pod," where three to four patients had access to each other's rooms.

Mercy Commons was formerly known as Kent Oaks Psychiatric Facility, until Saint Mary's Health Services took over operations from Kent County. Long- and short-term patients are under 24-hour care in the 50-bed building at 1330 Bradford Street NE, according to Saint Mary's officials.

Walker District Court records show Bruneau was jailed on July 17 after being charged with groping a man at the Alpine Avenue Target Store. On July 22, unusual behavior got him transferred to the mental health facility.

In a report to Kent County Probate Court, a jail psychologist noted Bruneau was "agitated and demanding," while refusing to take medications prescribed to control his mental illness. He had urinated on the jail floor and had thrown toilet paper against walls.

Police and mental health officials already were aware of Bruneau's past unsee SUSPECT, A6

## MARKETING 101
*Area public schools promote themselves to attract — and keep — students*

**By Lisa Ann Williamson**
The Grand Rapids Press

Thomas DeJonge wanted to make friends.

So the principal of Gladiola Elementary School in Wyoming spent the summer eating ice cream with families, directing school bus tours, greeting neighbors at schools to try lunch and marching in the "Celebrate Wyoming" parade.

And each time he told parents of young children about the services offered at Wyoming Public Schools. He talked about the district's bus services, school lunch, academic programs and extracurricular activities.

"We want to be visible. We know you have choices. We want to be first in your mind," DeJonge had said to countless parents and families.

As a result, a few new friends even decided to enroll their children at Wyoming public schools, instead of a local charter school.

That is a victory.

It's part of the fight for students and the state dollars they carry with them. Since the start of the charter school movement, traditional public and private schools have been looking at ways to keep their students enrolled and attract other students.

Getting the word out about a district or particular school is becoming increasingly important. In fact, charter schools are required to advertise, said Bill Southworth, assistant principal of the West Michigan Academy of Environmental Science in Walker.

This summer the charter school blanketed the northwest area of town with between 5,000 and 10,000 direct-mail fliers encouraging people to apply for the 1997-98 school year. Parents also were urged to write or call for more information about the school.

The efforts, though required, do bring some results.

"Most of our responses are word of mouth, from parents or students, or relatives, or on a referral basis," he said. "There are a few that will call us the result of seeing the flier. So it is worth it for those."

This spring, the West Michigan Academy of Hospitality Sciences took out a $1,700 advertisement in The Grand Rapids Press to honor its first graduating class — and to attract additional students.

"We really wanted to get the word out to the district that we graduated 17 students," said Patrick Maloney, a teacher at the school. "We now also have a need for new students. Our goal now is to reach outside the district."

Wyoming Public Schools started an ambitious marketing campaign about three years ago. It included a new logo

see SCHOOLS, A6



*Thomas DeJonge, the principal of Gladiola Elementary School in Wyoming, recently gave backpacks to children who will be new to the school district this year.*

## Word-of-mouth works for parochial schools

▶ *Steady enrollment growth is projected to continue this year.*

**By Joe Cronkite**
The Grand Rapids Press

New Internet sites are one way to attract students, but old-fashioned word-of-mouth compliments still work best to build enrollment, officials of Grand Rapids private schools say.

Steady enrollment growth at Grand Rapids Christian, Catholic Central and West Catholic high schools is projected to continue as officials target parents of elementary-aged children with their recruiting programs.

"Parents don't make a snap decision to send their children to a private school based on a 30-second radio commercial they heard or a billboard they read," said Jeff DeHaan, director of development for Grand Rapids Christian Schools. "Those are long-term decisions that are made for religious and financial reasons."

Grand Rapids Christian Schools have an enrollment of 2,400 students in seven buildings. They represent 165 church congregations and 40 denominations.

"The best way for a family to hear about our schools is from another family," said DeHaan, who said billboards and direct mail have been used in recent years "to get our story out to the Grand Rapids community."

Visit to Catholic elementary schools in the Grand Rapids Diocese are common for Catholic Central and West Catholic officials.

"That's our bread-and-butter audience," said Chad Wieber, director of promotions and admissions for Catholic Secondary Schools. "Those families already have made a commitment to Catholic education that we hope to continue at the high school level."

Tuition is $1,290 at Grand Rapids Christian High School and about $4,000 for the two Catholic high schools. Scholarships are available, and more than 40 percent of the Christian Schools families receive tuition assistance.

"That's where the word-of-mouth advertising really helps," DeHaan said. "Most people don't realize that tuition help is available."

The Foundation for Catholic Education provided $144,000 in scholarship help in 1996, a 16 percent increase from the previous school year.

"We've tried every form of advertising over the years, but the school and parish visits always work best," Wieber said. "We also hold open houses that are very popular."

Officials at Catholic Central (900 students) and West Catholic (375) are projecting their largest enrollments of the decade. Enrollments at Catholic elementary schools aren't totaled until several weeks into the academic year.

## Budget bill could renew efforts to simplify tax code, Hoekstra says

▶ *He expects Congress to consider the possibility of a "taxpayer bill of rights."*

**GEORGETOWN TWP.**

**By Ed Golder and Jodi McFarland**
The Grand Rapids Press

The tax-slashing, budget-balancing bill recently signed into law hews closely to Republican principles of a smaller, fiscally conscious government.

But for many Americans, the bill's complications in the already ornate tax code may be bad news, U.S. Rep. Peter Hoekstra said Monday.

"This may end up being the straw that breaks the camel's back, where people look at it and say, OK, let's simplify the tax code," the Holland Republican said, after listening to constituents grumble about the Internal Revenue Service at a town hall meeting.

The meeting, in Georgetown Township's Hager Park, capped the first day of Hoekstra's weeklong bike tour of his lakeshore congressional district. The tour includes stops at local businesses and is centered around the theme "Celebrate the American Worker."

Before he knew striking teamsters had reached a tentative agreement with the United Parcel Service, Hoekstra said he didn't think President Clinton should intervene in the strike.

"It's a national inconvenience, not a national emergency," said Hoekstra, whose congressional subcommittee oversees labor issues.

Noting that Clinton intervened just minutes after American Airlines pilots walked off the job last February, Hoekstra added, "I think the UPS thing is much larger than American Airlines."

Hoekstra started his day at the Holland Lifesavers plant, then headed to the Heinz pickle factory.

He and two staffers racked up 20 miles on the first leg of the tour, patterned after the congressman's winning campaign effort in 1992. Hoekstra expects to total more than 100 miles during the five-day peddle-fest.

At each work place stop, employees asked questions about the Family and Medical Leave Act, which allows employees 12 weeks of unpaid leave to care for a new child or sick family member.

"The question is how do you best address it," Hoekstra said. "Do you add it with a federal mandate that says this is what happens?"

Earlier Monday, Hoekstra arrived at his third stop of the day on his old-style 12-speed bike. The lunch-hour stop at Costco, a commercial floor care equipment maker in Holland, included a factory tour and a meal with employees.

Hoekstra grabbed a boxed lunch and pulled up a chair with five workers.

"What do you think of what we're doing in Washington," he asked. "You get to ride home all you got paid?"

"We got to pay you first," joked assem-

see HOEKSTRA, A6



*U.S. Rep. Peter Hoekstra, standing at left, greets Heinz plant manager Jerry Shoup. Hoekstra made several stops Monday on the first leg of his district bicycle tour.*

CITY & REGION BRIEFS

## Prisoner will stand trial in plot to murder judge

The Grand Rapids Press

SAULT STE. MARIE — A prisoner accused of plotting to kill a Kent County Circuit judge was ordered Monday to stand trial.

Demetrius O'Neal Collier was bound over to Chippewa County Circuit Court on a charge of solicitation to murder, which carries a possible life sentence.

Collier, 21, is accused of trying to order a hit on Judge Dennis Leiber, who had sentenced him to two to 20 years on a drug charge.

An inmate at the Upper Peninsula's Hiawatha Correctional Facility in Chippewa County, Collier is alleged to have proposed paying $2,000 for the hit.

## Man charged in burning death

GRAND RAPIDS — A Grand Rapids man was arraigned Monday on a charge of open murder for the early Friday burning and beating death of Virgil King.

Tobias Allen, 21, was ordered held without bond in the Kent County Jail pending a preliminary hearing to determine if he will stand trial on the charge.

The victim's family watched Allen on a television monitor during the video arraignment in Grand Rapids District Court. They declined comment afterwards.

An autopsy has not been completed to determine the cause of death for 34-year-old King, said Capt. Kevin Belk of the Grand Rapids Police Department. Rescue personnel said he suffered burns on his torso and chest. A witness told the Press that Allen started kicking and dragging the victim, who was still smoldering from the attack at 9th Street and Davis Avenue NW. Allen was arrested about a block away.


Tobias Allen

### Senior center considered

CASCADE TOWNSHIP — Cascade Township planning commissioners are considering a developer's plan to build an assisted living center for seniors on 28th Street SE.

The 17 acre site east of Int. 96 could serve as a buffer between residential areas to the north and commercial development to the south, said Trustee Ronald Goodyke, the board's liaison to the planning commission.

"If I were a resident there, I'd prefer the assisted living facility over offices," Goodyke said. "There'd be less traffic and it would be quieter."

Developer Ivan Marsman wants to build four, 18,000-square-foot buildings for 160 seniors at a cost of $2 million per building. The site is currently zoned for commercial use.

"There seems to be a need for assisted living facilities," he said, noting that there are no similar facilities in the township. Marsman's plans were proposed Monday in concept. Planning Director Darrel Schmalzel said. A public hearing will likely be scheduled in September.

### Deadline to buy bricks near

WYOMING — The deadline for Wyoming's buy-a-brick campaign to expand the Veterans Garden memorial walkway is Sept. 1. Bricks ordered by then will be laid down in time for the Veterans' Day service to be held in the garden on Nov. 11. Orders placed later will be installed next year.



**OZONE ACTION**

Ground-level ozone, a key ingredient in smog, can be harmful to health. When weather conditions are ripe for high ozone counts, Kent, Ottawa and Muskegon counties are urged to take voluntary action to cut local pollution, such as car-pooling to work or delaying lawn mowing.

**OZONE READING**

☐ Above 85ppb: May be unhealthy
■ Above 125ppb: Exceeds standard
▼ Daily high ozone levels for Aug. 11 - 17 in parts per billion (ppb)



**SMOG FORECAST**

▶ Because hot, sunny weather "cooks" pollutants to form ozone, this week's cool weather — along with some rain — should keep smog counts low.

**1-800-65-OZONE**
(1-800-656-0663)

The campaign represents the second phase of the walkway project started in 1995 to honor area servicemen and women in all branches of the military. The new brick path, known as the "Walk of Honor" will be constructed out of more than 3,000 individual bricks.

Each $40 brick will be inscribed with the veteran's name, branch of service, and the war, conflict or peacetime service dates. There is no limit to the number of memorial bricks that can be purchased.

Applications may be picked up at Wyoming City Hall, or at Magnuson Insurance Agency, 1617 Godfrey Ave. SW.

## Infant liver transplant recipient's condition improves slightly

▶ Doctors are still cautious about Maria Compagner's chances but family members are optimistic.

By Kyla King
The Grand Rapids Press

A day after doctors discussed placing Maria Compagner back on the liver transplant list for a second operation, the 11-month-old's condition improved slightly on Monday.

Though the youngster's liver is working at a higher level than Sunday, doctors remain cautious about her chances.

"It's not time to party yet," said her father, Jeff Compagner, from Mott's Children's Hospital in Ann Arbor where the family is keeping vigil.

Compagner said the improvement is keeping Maria from being placed back on the transplant list, but if her body does not fully accept the liver soon, doctors say a second transplant may be the only option.

The Holland Township youngster last Thursday received a donated liver after waiting 1½ months. Since then, Compagner and his wife, Kristie, have been waiting to see how her body accepts the new organ.

On Friday, they were told the new liver was barely functioning. Tests the following day were not much better.

And though Maria showed slight improvement Sunday and Monday, Compagner said doctors are unsure of her prospects for recovery.

Maria early Monday was "awake and very restless," Compagner said, adding that he considers that a good sign.

"If she were lethargic, I'd be worried," he said.

Maria was placed on the transplant list in July after doctors at Butterworth Hospital in Grand Rapids decided that was the only medical procedure that could save her.


Maria Compagner

Since she was two months old, Maria has suffered from an unusual condition that enlarged her liver to almost three times its normal size. Doctors discovered noncancerous tumors covering 75 percent of Maria's liver. The tumors robbed blood from other organs, compressed her lungs and taxed the then 17-pound baby's heart.

For months, they tried to shrink the tumors but the attempts did not work fast enough to prevent damage to her other organs.

So when the family learned Thursday that Maria had received a donor liver, they were elated by what they saw as the "ultimate cure."

And despite the slow progress, Maria's aunt, Kim Compagner, said she remains "upbeat" about the youngster's chances.

"I think with every passing day there is more of a chance," said Kim Compagner, who is running a phone tree for family and friends. "We're all just hoping and praying."

The child's slow progress also means she won't be discharged in time for her her first birthday on Aug. 28, as the family had once hoped.

"Right now we're just concentrating on her getting better," Jeff Compagner said.

## SCHOOLS  *It's a new era of competition as charters push for students*

CONTINUED FROM A5

and brochure, a display at the Kent County International Airport, a video to be distributed to area businesses and real estate agents, and mailers to families of newborns and new homeowners.

The price tag for the marketing efforts nears $35,000 — a cost administrators say is justified as they bring in new students.

It's a new era of competition in schools.

For Wyoming, the goal this summer was to target 50 families not yet enrolled in Wyoming Public Schools and acquaint them with the 6,000-student district.

During the district's "Summer Sampler," teachers and administrators talked to more than 100 families they didn't know before. Some had school-age children. Others had preschoolers.

That is part of the continuing marketing and visibility plan established by the district to maintain and increase enrollment.

"We want people to think of Wyoming as their school district," said deputy superintendent Anita Rutlin, who helped guide the effort.

This week, in another phase of the program, each elementary school building will have safety-first backpacks for students bearing the Wyoming Public School name with reflector tape. More than 100 of the packs have gone to students. They are free to kindergartners and cost $5 with the coupon in the "Summer Sampler" booklet.

District administrators plan to continue the effort and to invite families to school events during the year.

Not only did the "Summer Sampler" get people talking about the district, it helped build a neighborhood spirit, Rutlin said.

"People were excited that we were visible," she said. "(Wyoming) kids were so happy to see their teachers and principals in a place other than school."

## HOEKSTRA  *Tax matters arise at several gatherings*

CONTINUED FROM A5

bly line worker Chris Harvey.

Hoekstra found that same concern among the 30 constituents at the Raper Park meeting. They plied the lawmaker with questions about everything from Clinton's future to the National Endowment for the Arts, which he has advocated ending.

When one man told of his own problems with the IRS, his complaints set off other sympathetic rumblings.

"If I had a dog as vicious as the IRS," one man volunteered, "they'd take him out and shoot him."

Hoekstra expects Congress to focus next on tax issues, including a possible "taxpayer bill of rights," that would give citizens leverage against the IRS.

"The next issue is how much money we collect from people and how we collect it," Hoekstra said, advancing the notion of a national sales tax as one way to get rid of the IRS.

Asked about the NEA, Hoekstra said he doubted the agency would be killed in this round of budget negotiations, despite his own efforts to get rid of it.

The NEA has been a target of social conservatives for funding what many consider obscene art. Hoekstra has taken the NEA to task for not using money wisely and concentrating its grants in select large cities.

The House cut the agency's $99.5 million budget to only $10 million this year, enough to close it down. But the Senate is expected to restore funding, and President Clinton has vowed to veto any bill that eradicates the agency.

"I think at the end of this process, we will wind up exactly where we were at the beginning of the year — at $99.5 million," Hoekstra said.

Hoekstra thinks Bill Clinton will survive, too.

Asked whether the president will be impeached for his part in the Whitewater land deal or because of sexual harassment charges, Hoekstra shook his head.

"I'm not operating in Washington on the premise that Bill Clinton's going to be impeached or that he'll leave in office," Hoekstra said. "You've got all these rumors flying around, but nothing has stuck."

## SUSPECT  *In 1994, a jury ruled he was insane*

CONTINUED FROM A5

usual behavior.

In September 1994, Bruneau got in trouble at Grand Rapids Community College for brandishing a sword on campus, court records show. Later the same month, he drove a car through the windows of Shawmut Hills Honda, Yamaha, Suzuki, at 2807 Lake Michigan Drive NW. His vehicle crushed three lawn mowers before he exited with a baseball bat to beat several motorcycles, snowmobiles and all-terrain vehicles, records show.

He told police that God ordered him to take the action, and on April 4, 1996, a Kent County Circuit Court jury found him not guilty of malicious destruction of property because he was insane at the time.

Bruneau graduated in 1987 in the top third of his class at Hillsdale High School. He was an 18-year-old Grand Rapids Community College student when he was first hospitalized with depression and suicidal thoughts, court records show.

Over the next six years, Bruneau was hospitalized at least a dozen times, sometimes for up to three months, records indicate. He held jobs in a video rental shop, in the computer lab at Grand Rapids Community College and as a gym supervisor at a children's after-school program, while developing a history of refusing to take medications that were to control his mental illness.

In an examination at a state operated psychiatric center in May of 1996, Dr. Craig Lemmen concluded Bruneau likely would harm himself and or others soon.

Grand Rapids police obtained a warrant for Bruneau's arrest on Saturday and had him returned from the mental hospital to jail.

A memorial service for Norris was held Monday. He is survived by his mother Carol Turner, father Richard Norris, brother Todd Norris, sisters Stephanie Bissell and Lisa Norris.

## MARROW  *Adult program nearly got off ground*

CONTINUED FROM A5

ice in Michigan," Fahner said.

Amy DeBoer and Nancy Spinniken, whose family owns a cherry farm in Traverse City, testified before the state CON commission about the need to provide this service in Grand Rapids.

They first took their children to DeVos Children's Hospital for cancer treatment. They were then sent to U-M for more specialized care.

"It was a much bigger hardship for us to move to go to Ann Arbor at what was such an emotional time," said Spinniken. Her son, Aaron, had leukemia, which is now in remission.

Fahner said it was a handful of parents such as the DeBoers and the Spinnikens who first asked why they had to travel elsewhere for a transplant.

In a bone marrow transplant, doctors give the patient almost lethal doses of chemotherapy. These doses usually destroy the bone marrow, the material that produces blood. Doctors then return healthy marrow to a patient.

"Some therapies need to stay at big research centers," said Fahner.

Lady Zwarensteyn, president of the Alliance for Health, said Saint Mary's Health Services in Grand Rapids won approval a few years ago to start an adult bone marrow transplant program.

But Saint Mary's lost the chance when they were unable to find a physician to head the program. Saint Mary's CON was then awarded to a Detroit hospital.

Upset at this turn of events, Grand Rapids hospital officials asked for a review of the state standards, which limited these programs to three.

While CON regulators refused to allow for more adult programs, they did open the door for a children's center in West Michigan, Zwarensteyn said.

David Ameen, president of Saint Mary's Health Services, said he is concerned the Butterworth program estimates it will only do nine transplants in its first year, 12 the following and 12 the next.

---



"We're in touch... are you?"

#1 in local hometown service.
Now open in Cascade Village Center to serve you. Stop in or call today and receive:

**$9.95 Per Month Access!***
**FREE 100 Minutes***
**FREE Lifetime* Warranty**
**FREE Cellular Phone**

**one source communications**
Cellular  Paging  Long Distance & 800/888 Service  DSS

Formerly Lakeshore Cellular
**957-0878**
Toll Free (616) 650-8060
6809 Cascade Rd. SE, Suite C
In Cascade Village Center

*Minimum Service Required. Certain restrictions may apply, for 6 months only

**#1 IN CELLULAR • LONG DISTANCE • DSS**

---



**CONVENIENT LOCATION**
AT Bishop's
1697 MICHIGAN ST., N.E.
5 Blocks East of Fuller

**Summer SALE**
**STOREWIDE SAVINGS**

PHONE 459-3381
OPEN MONDAY AND FRIDAY 9:00-9:00 P.M.
WEEKDAYS 9 & SAT. UNTIL 5:30


1697 MICHIGAN ST. N.E.

SALE ENDS AUG. 23rd

Better Service  If you have a service complaint or compliment, call us at 222-5411 or 1-800-878-1411. In Holland, call 396-6353.
135 Michigan N.W., Grand Rapids, MI 49503  The Grand Rapids Press

---



**See Our Extensive Collection Of Antiques**
• Furniture  • Silver  • Toys
• Glassware  • Jewelry  • And More

**The ANTIQUE GALLERY**
In Eastbrook Mall • 977-0981