# EXHIBIT 34

LI010620 / Joseph Bruneau

## State Criminal Court Search

Results **Records Found**
Name Searched BRUNEAU, JOSEPH ROBERT Search Date 01-13-2020 11:46 AM MST
DOB Searched ▓▓▓▓▓▓ Search Scope
Jurisdiction **OHIO**

*** Abstract ***

Name On Record BRUNEAU, JOSEPH R Case Number CR-01-411210-ZA
DOB On Record ▓▓▓▓▓▓ Court CUYAHOGA COMMON PLEAS
Other Identifiers File Date 07/26/2001
Other Info

**Count**

Type FELONY Offense ASSAULT ON A PEACE OFFICER W/P.O. SPEC
INTIMIDATION W/PEACE OFFICER SPEC.

Disposition GUILTY
Disposition Date 12/17/2001 Offense Date
Sentence 2 YEARS DOC
Other Info
Comment

```
MICHIGAN CRIMINAL HISTORY RECORD INFORMATION MEETING DISSEMINATION CRITERIA
FOR SID: 2002701E AS OF 01/15/2020

   NAM: BRUNEAU,JOSEPH ROBERT                        SID: 2002701E
   RAC: W         SEX: M        DOB: [REDACTED]
   HGT: 600       WGT: 160      HAI: BRO
   EYE: BRO       POB: MI
                                                     MNU:

   CIZ:


   SCAR/MARK/TATTOO:    SC CHIN         SC LEG

   ADDITIONAL IDENTIFIERS AND COMMENTS:

==================================================================================
CRIMINAL TRACKING NUMBER: 419719627399        INCIDENT DATE: 07/15/1997
TCN/OCA: A199516162E/975489
NAME USED: BRUNEAU,JOSEPH ROBERT
==================================================================================
ARREST SEGMENT          : CHARGE SEGMENT          : JUDICIAL SEGMENT
======================= : ======================= : =======================
DATE: 07/15/1997        : DATE: 07/15/1997        : DATE: 02/29/2000
MI4189200               : MI410013A               : MI410025J
WALKER POLICE DEPT      : KENT CO PROSECUTING ATT : 17TH CIRCUIT COURT
OCA: 975489             : 1 CNT MCL 750.520E1A    : CFN: 9901101FH
1 CNT OF 1100           :   MISDEMEANOR           :
 FELONY                 :   CRIMINAL SEXUAL       : CNT-1 MCL 750.520E1A
 SEXUAL ASSAULT         :   CONDUCT - 4TH DEGREE  :  MISDEMEANOR
DISP: CHGD BY PROSECUTOR:   - (FORCE OR COERCION) :  CRIMINAL SEXUAL
                        :                         :  CONDUCT - 4TH DEGREE
                        :                         :  - (FORCE OR COERCION)
                        :                         : DISP: PLED GUILTY
                        :                         : SENT/REMARKS:
                        :                         :  CONF-12M
==================================================================================
                                              INCIDENT DATE: 09/01/2014
TCN/OCA: M514002332X/1038-14
NAME USED: BRUNEAU,JOSEPH ROBERT
==================================================================================
ARREST SEGMENT          : CHARGE SEGMENT          : JUDICIAL SEGMENT
======================= : ======================= : =======================
DATE: 09/01/2014        : NO DATA RECEIVED        : DATE: 09/29/2014
MI0391100               :                         : MI0300025J
WAYLAND POLICE          :                         : 57TH DISTRICT COURT
 DEPARTMENT             :                         :  ALLEGAN
OCA: 1038-14            :                         : CFN: 1436253M
1 CNT OF 5300           :                         :
 MISDEMEANOR            :                         : CNT-1 MCL 750.170
 PUBLIC PEACE           :                         :  MISDEMEANOR
DISP: WARRANT REQUESTED :                         :  DISTURBING THE PEACE
                        :                         : DISP: PLED GUILTY
                        :                         : SENT/REMARKS:
                        :                         : F/C/R $425 OR 30
                        :                         :  OPTIONAL JAIL DAYS
==================================================================================
                                              INCIDENT DATE: 02/11/2016
TCN/OCA: A416165987H/1612014
NAME USED: BRUNEAU,JOSEPH ROBERT
==================================================================================
ARREST SEGMENT          : CHARGE SEGMENT          : JUDICIAL SEGMENT
======================= : ======================= : =======================
DATE: 02/11/2016        : NO DATA RECEIVED        : DATE: 05/26/2016
MI4143600               :                         : MI410035J
GRAND RAPIDS POLICE     :                         : 61ST DISTRICT COURT
  DEPARTMENT            :                         : CFN: 2016-OM-0315

   DATE PRINTED:1/15/2020              Page 2
```

```
OCA: 1612014            :                    :
1 CNT OF 5700           :                    : CNT-1 MCL 750.552
  MISDEMEANOR           :                    :   MISDEMEANOR
  INVASION OF PRIVACY   :                    :   TRESPASS
DISP: WARRANT REQUESTED :                    : DISP: PLED GUILTY
==================================================================
DISSEMINATION OF CRIMINAL HISTORY RECORD INFORMATION (CHRI) VIA THE INTERNET
CRIMINAL HISTORY ACCESS TOOL IS IN COMPLIANCE WITH MICHIGAN COMPILED LAW
(MCL) 28.242a, WHICH STATES THAT ALL CHRI THAT IS SUPPORTED BY BIOMETRIC DATA
SHALL BE DISSEMINATED IN RESPONSE TO A NAME-BASED SEARCH OF THE CHRI DATABASE,
UNLESS THE CHRI IS NONPUBLIC (AS DEFINED BY MCL 769.16a) OR OTHERWISE
PROHIBITED BY LAW FROM BEING DISSEMINATED.
PURPOSE CODE USED NOT FORWARDED TO NCIC III
END MSG.
```