UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED - GR**
December 16, 2020 11:59 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW /12-16

JOSEPH BRUNEAU

    Plaintiff,

v.

AQUINAS COLLEGE

    Defendant.

CASE NO: 1:19-cv-1037

HON. PAUL L. MALONEY

| JOSEPH BRUNEAU, pro se | Stephanie R. Setterington (P58177) |
|---|---|
| 5020 Carson Ave. SW | Varnum LLP |
| Grand Rapids, MI 49548 | Attorneys for Defendant |
| 616-238-8558 | Bridgewater Place, P.O. Box 352 |
| joe_bruneau@yahoo.com | Grand Rapids, MI 49501-0352 |
| | 616-336-6466 |
| | srsetterington@varnumlaw.com |

### PLAINTIFF'S ANSWER TO DEFENCE MOTION FOR SUMMARY JUDGEMENT

**NOW COMES** Plaintiff, **JOSEPH BRUNEAU**, pro se, and submits this Motion in answer to Defendant's motions for summary judgement, arguing against granting summary judgement to Defendant. The support for this motion is set forth in the accompanying brief.

Respectfully Submitted,

JOSEPH BRUNEAU, pro se

*Joseph Bruneau*

Dated: Dec. 2, 2020

Self-represented Plaintiff
5020 Carson Ave. SW
Grand Rapids, MI 49548
(616) 238-8558
joe_bruneau@yahoo.com



US DISTRICT COURT
WESTERN DISTRICT, SOUTHERN DIV.
399 FEDERAL BLDG
110 MICHIGAN ST. NW
GRAND RAPIDS MI 49503
USA