UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH BRUNEAU,

    Plaintiff,

v.

                                        Case No. 1:19-cv-1037

AQUINAS COLLEGE,                      HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  October 26, 2021                            /s/  Paul L. Maloney
                                                                               Paul L. Maloney
                                                                                United States District Judge