UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH BRUNEAU,

    Plaintiff,

v.

                                  Case No. 1:19-cv-1037

AQUINAS COLLEGE,
                                  HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

A review of the court records reflects the court entered judgment in this case after granting Defendant's motion summary judgment (ECF No. 72).  Defendant has filed a motion for attorney fees and expenses.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 30, 2022, recommending that this Court grant the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 75) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Attorney Fees and Expenses (ECF No. 68), as adjusted to $3,669.75, is GRANTED.

Dated:  August 8, 2022                                      /s/  Paul L. Maloney
                                                                                 Paul L. Maloney
                                                                                 United States District Judge